UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
Baybutt Construction Corporation                \*
\*
v.                                              \*    Docket No. 04-10870 MLW
\*
J. Stewart Roberts Associates, Inc.             \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATION DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

\_\_\_\_ The filing party, a non-governmental corporation, identifies the following parent companies (list the names and addresses of each publicly held corporation that controls the filing party, directly or through others, or owns 10% or more of the party's stock):

None

\_\_\_\_ The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

None

\_\_\_\_ The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

BAYBUTT CONSTRUCTION COMPANY

By: _____
Frank P. Spinella, Jr., Esq.
HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289
(603) 225-6655