UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04 10870MLW

|  |  |
|---|---|
| BAYBUTT CONSTRUCTION<br>CORPORATION<br><br>         Plaintiff,<br><br>v.<br><br><br>J. STEWART ROBERTS ASSOCIATES,<br>INC.<br><br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Hatem, PC and Jeffery L. Alitz as attorneys for the defendant, J. STEWART ROBERTS ASSOCIATES, INC., in connection with the above-entitled action.

Respectfully submitted,

J. STEWART ROBERTS ASSOCIATES, INC.
By their attorneys,

David J. Hatem, PC, BBO #225700
Jeffrey L. Alitz, Esq., BBO #
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: May 17, 2004
00832314

# DONOVAN HATEM LLP
### COUNSELORS AT LAW

Jeffrey L. Alitz
Andrew P. Botti
Paul G. Boylan
John F. Bradley, II
John A. Donovan, Jr.
Michael P. Giunta
Edward P. Gonzales
Maura A. Greene
Jay S. Gregory
Stephen P. Griffin
A. Neil Hartzell
David J. Hatem, PC
Alan D. Hoch
Warren D. Hutchison
Kevin G. Kenneally
Darrell Mook
Nancy M. Reimer
Cory B. Schauer
Neil R. Schauer

James K. Schwartz
Moss M. Sidell, P.C.
Traver Clinton Smith, Jr.
Kenneth B. Walton
Cheryl A. Waterhouse
Michael B. Weinberg
Edward C. White
David L. Woronov

Of Counsel:
David H. Corkum
David M. Thomas

TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-406-4500
FACSIMILE: 617-406-4501
www.dhboston.com

DAVID J. HATEM, PC
DIRECT DIAL: 617-406-4800
E-MAIL: dhatem@dhboston.com

Brian R. Beaton
Colin M. Black
Nicole Castagna
Matthew T. Connolly
Obadiah G. English
Carly B. Goldstein
Jeffrey W. Hallahan
Maureen P. Hogan
Lee McHarg Holland
Donna M. Hunt
Stefan L. Jouret
Devorah A. Levine
Anna F. Meschansky
Mobina F. Mohsin
Jessica L. Mooney
Matthew M. O'Leary
Nicholas A. Ogden
Melanie A. Olson
Janet B. Pezzulich

Michael P. Roche
Mary Rosenfeld
Christian G. Samito
*Marc Saroufim
Deborah F. Schwartz
Benjamin R. Sigel
Peter P. Tobani
Elise S. Wald
Sarah K. Willey
Michael D. Williams
Amanda Yun

*Admission Pending

May 17, 2004

Civil Clerk
U.S.D.C. of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Baybutt Construction Corporation v. J. Stewart Roberts Associates, Inc.
      Civil Action No.: 04 10870MLW
      DH File No.: 2500.1958

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter please find the following document:

1.   Notice of Appearance

Kindly file and docket same in your usual course.

Very truly yours,

David J. Hatem, PC

DJH:nda
Enclosure
cc:   Frank P. Spinella, Jr., Esq.
00832318