AO 440 (Rev. 5/85) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# United States District Court

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

BAYBUTT CONSTRUCTION CORPORATION

V.

J. STEWART ROBERTS ASSOCIATES, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 10870 MLW

TO: (Name and Address of Defendant)

J. Stewart Roberts Associates, Inc.
48 Grove Street
Somerville, MA 02144-2500

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Frank P. Spinella, Jr., Esq.
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

APR 30 2004
DATE

04015623

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

**May 24, 2004**

**I hereby certify and return that on 5/21/2004 at 11:40AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MICHELLE ROSENTHAL, agent, person in charge at the time of service for J. STEWART ROBERTS ASSOCIATES INC., at , 48 GROVE Street, Somerville, MA. Travel ($75.00) Total Charges $75.00**

**SUBSCRIBED AND SWORN BEFORE ME ON THIS 24TH DAY OF MAY, 2004**

**NOTARY PUBLIC MY COMMISSION EXPIRES ON SEPTEMBER 29,2006**

*Deputy Sheriff*