UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------
BAYBUTT CONSTRUCTION CORP.,        )
                                   )    No. 04 10870MLW
        Plaintiff                  )
                                   )
        v.                         )    PLANNING REPORT AND
                                   )    DISCOVERY PLAN
J. STEWART ROBERTS ASSOCIATES, INC. )
                                   )
        Defendant                  )
-----------------------------------------------------------

**DATE/PLACE OF CONFERENCE BETWEEN COUNSEL:** June __, 2004 **(telephonic)**

**COUNSEL PRESENT/REPRESENTING:**

For Plaintiff: Frank P. Spinella, Jr.

For Defendant: Jeffrey L. Alitz

## CASE SUMMARY:

**THEORY OF LIABILITY:** Plaintiff alleges negligence in design, negligence and/or bad faith in contract administration, breach of duty imposed by M.G.L. ch. 30, §39J, interference with contract, and violation of M.G.L. ch. 93A in connection with the construction by Baybutt of the new Boxford Town Hall.

**THEORY OF DEFENSE:** Defendant denies claims generally, and claims as defenses contributory negligence, laches, want of damages, ratification, responsibility of third parties, immunity for actions done in good faith, want of compliance with contract, and defenses under M.G.L. ch. 30, §39J & N.

**DAMAGES:** Plaintiff claims damages in the amount of at least $600,000.00 plus interest and costs.

**DEMAND:**  To be made by September 1, 2004

**OFFER:**  To be made by September 30, 2004

**JURISDICTIONAL QUESTIONS:** N/A

**QUESTIONS OF LAW:**          Applicability of M.G.L. ch. 30, §39J.

**TYPE OF TRIAL:** jury

## DISCOVERY:

**TRACK ASSIGNMENT:** Standard.  Ready for trial July 2005.

**DISCOVERY NEEDED:** Discovery on issues of liability and damages.

**MANDATORY DISCLOSURES Fed. R. Civ. P. 26(a)(1)**

*Rule 26(a)(1) disclosures to be made within 14 days of Case Management Conference.*

**COMPLETION OF DISCOVERY:** *April 30, 2005*

**INTERROGATORIES:**    A maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**REQUESTS FOR ADMISSION:**   A maximum of *25* requests for admission by each party to any other party.  Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**DEPOSITIONS:**    A maximum of six depositions by each party. Each deposition limited to a maximum of *eight* hours unless extended by agreement of the parties.

**DISCLOSURE OF EXPERTS/ WRITTEN REPORTS/ SUPPLEMENTATIONS:**

  **Plaintiff:** February *15, 2005*    **Defendant:** April *15, 2005*

  Supplementations due April *20, 2005 from Plaintiff,* April *30, 2005 from Defendant.*

## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:**

**Plaintiff:** *By September 1, 2004, or 15 days after any ruling on a Rule 19 Motion*

**Defendant:** *By October 1, 2004*

**THIRD-PARTY ACTIONS:** *By October 1, 2004*

**AMENDMENT OF PLEADINGS:**

**Plaintiff:** *By November 15, 2004, or 15 days after any ruling on any Motion to Dismiss*

**Defendant:** *By November 30, 2004*

**DISPOSITIVE MOTIONS:**

**To Dismiss:** January *1, 2005*   **For Summary Judgment:** April *301, 2005*

**SETTLEMENT POSSIBILITIES:**

*Cannot be evaluated prior to December 1, 2004. May be enhanced by ADR through the court no sooner than December 1, 2004.*

**JOINT STATEMENT RE ADR:**

*ADR is not requested at this time; the parties shall notify the Court as to a recommended ADR date should it become warranted.*

**WITNESSES AND EXHIBITS:**

Lists due five (5) days before final pretrial conference but not less than thirty (30) days before trial for lists (included in final pretrial statements), and 14 days after filing of final pretrial statement for objections

In accordance with Local Rule 16.5

**TRIAL ESTIMATE:** *4* days

**REQUESTED TRIAL DATE:** *July___, 2005*

**OTHER MATTERS:** A related case, Baybutt Construction Corporation v. Town of Boxford, Docket No. 04-10608-MLW, arises out of the same construction project at issue in the present litigation.

*The parties are presently unaware of any other matters which should be brought to the court's*

*attention including other orders that should be entered under Fed. R. Civ. P. 26(c) or 16(b) and (c).*

                                             Respectfully submitted,

                                             Baybutt Construction Corporation
                                             By its attorney,

Date:   July 8, 2004                       Frank P. Spinella, Jr.
                                             HALL, MORSE, ANDERSON,
                                             MILLER & SPINELLA, P.C.
                                             14 Centre Street, P. O. Box 2289
                                             Concord, NH 03302-2289
                                             (603) 225-6655

                                             J. Stewart Roberts Associates, Inc.
                                             By its attorney,

Date:   July 20, 2004                    Jeffrey L. Alitz
                                             DONOVAN HATEM, LLP
                                             2 Seaport Lane, 8th Floor
                                             Boston, MA 02110
                                             (617) 406-4500