# DONOVAN | HATEM LLP
*counselors at law*

**Jeffrey L. Alitz**
617 406 4518 direct
jalitz@donovanhatem.com

October 4, 2004

Ms. Kathleen Boyce, Docket Clerk
U.S. District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:   Baybutt Construction Corporation v. J. Stewart Roberts Associates, Inc.
      Civil Action No.: 04 10870MLW
      DH File No.: 2500.1958

Dear Ms. Boyce:

I write on behalf of the defendant, J. Stewart Roberts Associates, Inc. to respond to Judge Wolf's order requiring that the parties respond to the Court by October 7, indicating if they consent to a transfer of this case to Magistrate Judge Cohen for all purposes. The defendant, J. Stewart Roberts Associates, Inc. does assent to that transfer.

Yours cordially,

Jeffrey L. Alitz

JLA:mem
cc:  Frank P. Spinella, Jr., Esq.
00867089.DOC