# HALL, MORSE, ANDERSON, MILLER & SPINELLA, P.C.

ATTORNEYS AT LAW
14 CENTRE STREET, P.O. BOX 2289
CONCORD, N.H. 03302-2289

TEL (603)225-6655
FAX (603)228-5220
WRITER'S E-MAIL:spinella@hallmorlaw.com

*G. WELLS ANDERSON
WILLIAM S. HALL
THOMAS W. MORSE
DOUGLAS J. MILLER
**FRANK P. SPINELLA, JR.

FREDERICK S. HALL
1913 - 2002

ALSO ADMITTED IN
*MAINE
**CT, DC, MA & NY

October 8, 2004

Kathleen Boyce, Docket Clerk
U. S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Baybutt Construction Corp. v. J. Stewart Roberts Associates, Inc.
      No. 04-10870 MLW

Dear Ms. Boyce:

Because Magistrate Judge Cohen will be retiring in January, I understand that his practice has been recently <u>not</u> to take assignment of cases which, if assigned, would be tried by his replacement. While my client would have no objection to Magistrate Judge Cohen handling this matter for all purposes, my client would prefer to wait until his replacement is in place before assenting.

Respectfully yours,

Frank P. Spinella, Jr.
FPS/alw
cc:   Jeffrey L. Alitz, Esquire
      Mr. Frederick L. Baybutt