## HALL, MORSE, ANDERSON, MILLER & SPINELLA, P.C.

ATTORNEYS AT LAW
14 CENTRE STREET, P.O. BOX 2289
CONCORD, N.H. 03302-2289

TEL (603)225-6655
FAX (603)228-5220
WRITER'S E-MAIL spinella@hallmorlaw.com

*G. WELLS ANDERSON
WILLIAM S. HALL
THOMAS W. MORSE
DOUGLAS J. MILLER
**FRANK P. SPINELLA, JR.

FREDERICK S. HALL
1913 – 2002

ALSO ADMITTED IN
*MAINE
**CT, DC, MA & NY

November 2, 2004

Magistrate Judge Lawrence Cohen
United States District Court
  For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Baybutt Construction Corp. v. J. Stewart Roberts Associates, Inc.**
    **Docket No. 1:04-CV-10870**

Dear Magistrate Cohen:

This matter is set for a scheduling conference under Rule 16(b) on November 17, 2004, at 2:15 p.m., before you.

When I last attended such a conference before you, you advised that because of your impending retirement, you were reluctant to do anything beyond approving the parties' agreed Discovery Plan—and would give the parties an opportunity to "opt out" of assignment to the magistrate until such time as your replacement was known.

If that will again be happening this time, I would request that counsel be excused from the scheduling conference.

While it is always a pleasure for me to make the trip to Boston from Concord, New Hampshire, it is hard for me to justify the expense to my client if the same five-minute conference we had last time is going to recur.

Magistrate Judge Lawrence Cohen
November 2, 2004
Page 2

I have contacted opposing counsel, Jeffrey Alitz, who has no objection to canceling the upcoming conference or to approval of the jointly-reached Discovery Plan as filed.

Respectfully yours,

Frank P. Spinella, Jr.
FPS/kmd
cc:   Fred Baybutt
      Jeffrey L. Alitz, Esq.