UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>　　Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>　　Defendant | )<br>)<br>)<br>)<br>)   No. 04-10870-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO ADOPT DISCOVERY PLAN

The plaintiff, Baybutt Construction Corporation ("Baybutt"), and the defendant, J. Stewart Roberts Associates, Inc. ("J. Stewart Roberts"), respectfully request that this Court adopt the discovery plan filed with this Court by the parties. If the Court adopts the discovery plan that has been submitted by the parties, the parties understand that the conference scheduled by this Court for Wednesday, November 17, 2004, will be moot and accordingly need not go forward.

**WHEREFORE**, the parties jointly request that this Court adopt the discovery plans submitted by the parties and that this Court concomitantly cancel the scheduling conference scheduled for November 17, 2004.

Respectfully submitted,

BAYBUTT CONSTRUCTION CORPORATION,
By its attorneys,

_Frank P. Spinella_
Frank P. Spinella, Jr., BBO #566536
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street
Post Office Box 2289
Concord, NH 03302-2289
603-225-6655

Respectfully Submitted,

J. STEWART ROBERTS ASSOCIATES, INC.,
By its attorneys,

_____
Jeffrey L. Alitz, BBO #553741
Donovan Hatem LLP
Two Seaport Lane
Boston, MA   02210
617-406-4518

## CERTIFICATE OF SERVICE

I, Jeffrey L. Alitz, Esquire, hereby certify that on this 15th day of November, 2004, I served the foregoing by mailing a copy first class, postage prepaid, to:

Frank P. Spinella, Jr., Esquire
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street
Post Office Box 2289
Concord, NH  03302-2289

_____
Jeffrey L. Alitz

00877082.DOC