UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 24  P 2:00

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>     Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>     Defendant | )<br>)<br>)<br>)<br>)<br>)  No. 04-10870-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Melanie A. Olson as attorney for the defendant, J. Stewart Roberts Associates, Inc. ("JSR"), in connection with this action. JSR will continue to be represented by Donovan Hatem LLP attorneys David J. Hatem and Jeffrey L. Alitz.

                                            Respectfully submitted,

                                            DEFENDANT,
                                            J. STEWART ROBERTS ASSOCIATES, INC.,
                                            By its attorneys,

                                            /s/ Melanie A. Olson
                                            David J. Hatem, BBO No. 225700
                                            Jeffrey L. Alitz, BBO No. 553741
                                            Melanie A. Olson, BBO No. 654274
                                            DONOVAN HATEM LLP
                                            Two Seaport Lane, 8th Floor
                                            Boston, MA 02110
                                            (617) 406-4500

Date: February 23, 2005

1

## CERTIFICATE OF SERVICE

I, Melanie A. Olson, hereby certify that on this 23rd day of February, 2005, I caused a copy of the within Notice of Withdrawal of Appearance to be mailed, postage prepaid, to the following:

Frank P. Spinella, Jr.
HALL, MORSE, ANDERSON,
MILLER & SPINELLA, P.C.
14 Centre Street, P.O. Box 2289
Concord, NH  03302-2289

*Melanie A. Olson*
Melanie A. Olson

00897733