**HALL, MORSE, ANDERSON, MILLER & SPINELLA, P.C.**
ATTORNEYS AT LAW
14 CENTRE STREET, P.O. BOX 2289
CONCORD, N.H. 03302-2289

TEL (603)225-6655
FAX (603)228-5220
WRITER'S E-MAIL spinella@hallmorlaw.com

*G. WELLS ANDERSON
WILLIAM S. HALL
THOMAS W. MORSE
DOUGLAS J. MILLER
**FRANK P. SPINELLA, JR.

FILED
CLERK'S OFFICE

2005 APR 25  P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

FREDERICK S. HALL
1913 – 2002

ALSO ADMITTED IN
*MAINE
**CT, DC, MA & NY

SCANNED DATE: 4-27-05
BY: [signature]

April 22, 2005

Tony Anastas, Clerk
United States District Court
 For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  **Baybutt Construction Corp. v. J. Stewart Roberts Associates, Inc.**
     **Docket No. 1:04-cv-10870 (MLW)**

Dear Clerk Anastas:

This is to inform you that the Plaintiff, Baybutt Construction Corporation, consents to a transfer of the case to Magistrate Judge Sorokin for all purposes.

Respectfully yours,

[signature]

Frank P. Spinella, Jr.
FPS/jhb
cc:   Fred Baybutt
      Jeffrey Alitz, Esq.