# DONOVAN | HATEM LLP

*counselors at law*

Jeffrey L. Alitz
617 406 4518 direct
jalitz@donovanhatem.com

April 29, 2005

Tony Anastas, Clerk
U.S. District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Civil Action No.: 04 10870MLW
Baybutt Construction Corporation v. J. Stewart Roberts Associates, Inc.
DH File No.: 2500.1958

Dear Mr. Anastas:

This is to advise you that the defendant, J. Stewart Roberts Associates, Inc., consents to a transfer of the case to Magistrate Judge Sorokin for all purposes.

Yours cordially,

Jeffrey L. Alitz

JLA:mem
cc: Frank P. Spinella, Jr., Esq.
00914793.DOC