UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAYBUTT CONSTRUCTION CORP.     )
    Plaintiff(s),                )
                                        )
    v.                                )    C.A. No. 04-10870-MLW
                                        )
J. STEWART ROBERTS ASSOC., INC.,  )
    Defendant(s)                )

<u>ORDER</u>

WOLF, D.J.                                                                     May 11, 2005

    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Sorokin, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this case is hereby REASSIGNED to Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                              <u>/s/ Mark L. Wolf</u>
                                              UNITED STATES DISTRICT COURT