UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>TOWN OF BOXFORD,<br>    Defendant | No. 04-10608-~~MLW~~ LTS |
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | No. 04-10870-MLW<br><br>**(NOT YET CONSOLIDATED FOR TRIAL)** |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE DATE
AND TO EXTEND DISCOVERY BY 30 DAYS**

The parties, Baybutt Construction Corporation ("Baybutt"), and J. Stewart Roberts Associates, Inc. ("J. Stewart Roberts"), respectfully request that this Court continue the status conference currently scheduled for July 29, 2005. The parties seek a 30 day extension of that conference date - to a date convenient to the Court - as the parties have not yet concluded the fact discovery that is necessary to both maximize the likelihood of settlement and to ready the matter for trial if settlement is not achieved.

Specifically, the parties have been unable to conduct discovery, including the deposition of Philip O'Brien, a J. Stewart Roberts employee, requested by Baybutt. As a result of J. Stewart Roberts' attorney's schedule, that deposition did not go forward.

**WHEREFORE**, the parties jointly request that this Court:

a.   Extend the date by which the parties may conduct discovery by a 30 day period; and

    b.    Continue the currently scheduled July 29, 2005 status conference to a date convenient to the Court.

Respectfully submitted,

BAYBUTT CONSTRUCTION CORPORATION,
By its attorneys,

*Frank P. Spinella, Jr. (m)*

Frank P. Spinella, Jr., BBO #566536
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street
Post Office Box 2289
Concord, NH 03302-2289
603-225-6655

Respectfully submitted,

J. STEWART ROBERTS ASSOCIATES, INC.,
By its attorneys,

*Jeffrey L. Alitz (m)*

Jeffrey L. Alitz, BBO #553741
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4518

Respectfully submitted,

TOWN OF BOXFORD,
By its attorneys,

*David J. Doneski (m)*

David J. Doneski, BBO #546991
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
617-556-0007

## CERTIFICATE OF SERVICE

    I, Jeffrey L. Alitz, Esquire, hereby certify that on this 20th day of July, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

Frank P. Spinella, Jr., Esquire
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street
Post Office Box 2289
Concord, NH 03302-2289

David J. Doneski, Esquire
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116

*Jeffrey L. Alitz*
Jeffrey L. Alitz

00932036.DOC