UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------)
BAYBUTT CONSTRUCTION              )
        CORPORATION,              )
                                  )
        Plaintiff,                )
                                  )    Civil Action 04-10608-LTS
        v.                        )
                                  )
TOWN OF BOXFORD                   )
                                  )
        Defendant.                )
-------------------------------------------------)
```

MEMORANDUM AND ORDER
ON PLAINTIFF'S MOTION FOR RECONSIDERATION

November 1, 2005

SOROKIN, M.J.

The Plaintiff's Motion for Reconsideration in Civil Action 04-10608 (Docket # 25) is DENIED for the reasons previously stated.

Counsel in both C.A No. 04-10608 and C.A. No 04-10870 shall appear for a status conference/pretrial conference on November 30, 2005 at 3:00 p.m.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

1