UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

     Plaintiff

v.

TOWN OF BOXFORD,

     Defendant

CIVIL ACTION NO. 04-10870-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

     Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES,
INC.

     Defendant

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND
EXTEND FILING DATE FOR STATUS REPORT

Now come the parties to the above entitled actions and move this Honorable Court to continue the status conference scheduled for January 3, 2006 to a date after January 27, 2006, as is convenient for the Court, and to extend until that same date the filing deadline for the status report ordered to be filed pursuant to the Court's electronic order of September 8, 2005. In

support thereof, the parties say that they are in the process of scheduling a mediation session, but

have been unable to schedule the session prior to the weeks of January 16 through 27, 2006.

Because of the schedules of all three parties, the three attorneys involved, the mediator (John

Fieldsteel), and in light of the holidays, the parties have had difficulty in establishing a mediation

date agreeable to all parties.  The parties now have agreed to conduct a mediation session during

the weeks of January 16 through 27, 2006.  The requested continuance and extension will permit

the parties to determine if these matters may be settled short of trial and, if not, to narrow the

issues to be tried, and will allow the most efficient use of judicial resources.

WHEREFORE, the parties respectfully request that this motion be allowed.

TOWN OF BOXFORD

BAYBUTT CONSTRUCTION CORPORATION
By its attorney,                                              By its attorneys,

/s/ Frank P. Spinella, Jr.
Frank P. Spinella, Jr. (BBO# 566536)                         /s/ David J. Doneski
Hall, Morse, Anderson, Miller & Spinella, P.C.               David J. Doneski (BBO# 546991)
14 Centre Street                                             Richard T. Holland (BBO# 632661)
P.O. Box 2289                                                Kopelman and Paige, P.C.
Concord, NH  03302-2289                                        Town Counsel
(603)225-6655                                                31 St. James Avenue
                                                             Boston, MA 02116
                                                             (617) 556-0007

J. STEWART ROBERTS ASSOCIATES, INC.
By its attorney,

/s/ Nicholas A. Ogden.
Jeffrey L. Alitz. (BBO# 553741)
Nicholas A. Ogden (BBO# 644007)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4518