UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-10870-MLW |

### NOTICE OF APPEARANCE

Please enter the appearance of Christian G. Samito of Donovan Hatem LLP as counsel for defendant J. Steward Roberts Associates, Inc. in the above-captioned matter.

                                          Respectfully submitted,
                                          J. STEWART ROBERTS ASSOCIATES, INC.,
                                          By its attorneys,

                                          */S/ Christian G. Samito*
                                          David J. Hatem, BBO No. 225700
                                          Jeffrey L. Alitz, BBO No. 553741
                                          Christian G. Samito, BBO No. 639825
                                          DONOVAN HATEM LLP
                                          Two Seaport Lane, 8th Floor
                                          Boston, MA  02110
                                          (617) 406-4500

Dated:  November 13, 2006

2

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 13th of November, 2006, I served the foregoing electronically and by first class mail, postage prepaid, to:

>Frank P. Spinella, Jr.
>HALL, MORSE, ANDERSON,
>MILLER & SPINELLA, PC.
>14 Centre Street
>P.O. Box 2289
>Concord, NH  03302-2289

_____
Christian G. Samito

01048063/2500.1958