UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | No. 04-10870-MLW |

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT J. STEWART ROBERTS ASSOCIATES, INC.

The defendant, J. Stewart Roberts Associates, Inc. ("JSR"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment as to all counts of the amended complaint of plaintiff, Baybutt Construction Corporation ("Baybutt"). As grounds for this motion, the defendant asserts that: 1) Baybutt's claims are barred by the economic loss doctrine; 2) Baybutt's claims are based upon an assignment of nonexistent rights; 3) Baybutt's claims are based on an unenforceable "sham" judgment; 4) Baybutt's "assigned breach of contract" claim is a disguised negligence claim which violates the applicable statute of limitations; and 5) Baybutt's claim for violation of M.G.L. Chapter 30, Section 39J is not a legally recognized cause of action.

In support of this motion JSR relies on the Affidavit of Jeffrey Alitz, the exhibits attached to this motion, and on its Memorandum and Statement of Undisputed Facts filed herewith.

2

WHEREFORE, J. Stewart Roberts Associates, Inc. respectfully requests that the Court enter summary judgment in its favor and dismiss Baybutt's complaint in all respects.

        Respectfully submitted,

        J. STEWART ROBERTS ASSOCIATES, INC.,
        By its attorneys,

        */S/ Christian G. Samito*
        David J. Hatem, BBO No. 225700
        Jeffrey L. Alitz, BBO No. 553741
        Christian G. Samito, BBO No. 639825
        DONOVAN HATEM LLP
        Two Seaport Lane, 8th Floor
        Boston, MA  02110
        (617) 406-4500

Dated:  November 13, 2006

**CERTIFICATE OF SERVICE**

    I, Christian G. Samito, hereby certify that on this 13th of November, 2006, I served the foregoing electronically and by first class mail, postage prepaid, to:

>Frank P. Spinella, Jr.
>HALL, MORSE, ANDERSON,
>MILLER & SPINELLA, PC.
>14 Centre Street
>P.O. Box 2289
>Concord, NH  03302-2289

                                                                                               _____
                                                                                               Christian G. Samito

01046364(2500.1958)