UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>   Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>   Defendant | No. 04-10870-MLW |

## AFFIDAVIT OF JEFFREY ALITZ

I, Jeffrey Alitz, hereby depose and state as follows:

1. I am an attorney in good standing, licensed to practice in the Commonwealth of Massachusetts. I am a partner at the firm of Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210, which represents the Defendant, J. Stewart Roberts, Inc., in this matter.

2. The attached exhibits are true and accurate copies.

Signed under the pains and penalties of perjury this 13th day of November, 2006.

_____
Jeffrey Alitz, Esq.