UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>　　　Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>　　　Defendant | )<br>)<br>)<br>)<br>)　No. 04-10870-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO EXTEND DEADLINES, INCLUDING TRIAL DATE**

NOW COMES Baybutt Construction Corporation, through its undersigned counsel, and moves the court for a seventeen day extension of all discovery deadlines, conferences and the trial date itself. Counsel for Baybutt Construction Corp. is presently in the midst of a jury trial in the matter of Gerald Clarke v. R. A. Benson & Associates, et al, Merrimack County Superior Court Docket No. 05-C-0152. This trial is expected to continue for another two weeks. Counsel for Baybutt Construction Corp. has requested an extension of time until December 21, 2006 to reply to opposing counsel's motion for summary judgment. Opposing counsel consents to the requested extension provided the court will agree to extend all other deadlines by a similar amount of time.

　　　WHEREFORE, Baybutt Construction Corporation requests that the court extend all deadlines and the jury trial by 17 days.

2

        Respectfully submitted,

        Baybutt Construction Corporation
        By its attorney,

        /s/ Frank P. Spinella, Jr.
Date:   November 30, 2006        Frank P. Spinella, Jr.
        HALL, MORSE, ANDERSON,
        MILLER & SPINELLA, P.C.
        14 Centre Street, P. O. Box 2289
        Concord, NH 03302-2289
        (603) 225-6655

## CERTIFICATE OF SERVICE

I certify that a copy of the within Motion has been served electronically on Jeffrey Alitz, Esq.

        /s/ Frank P. Spinella, Jr.