UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | No. 04-10870-MLW |

**AFFIDAVIT OF FRANK P. SPINELLA, JR.**

I, Frank P. Spinella Jr., hereby depose and state:

1. I am counsel of record for plaintiff Baybutt Construction Corporation in this matter, and make this affidavit on personal knowledge in support of Baybutt's Opposition to Motion for Summary Judgment.

2. The attached exhibits are true and accurate copies.

Signed under the pains and penalties of perjury this 20th day of December, 2006.

/s/Frank P. Spinella, Jr.
Frank P. Spinella, Jr.