## Frank Spinella

**From:** "Philip O'Brien" <pobrien@jsrob.com>
**To:** "Van Duros" <vduros@baybutt.com>
**Cc:** "Mike Fraser" <boxford@baybutt.com>; "Dick Murphy" <dmurphy@meganet.net>; "Joyce Ricklefs" <joycer@notboring.com>; "Alan Benson" <ABenson@town.boxford.ma.us>
**Sent:** Friday, June 20, 2003 4:39 PM
**Subject:** COP BCC #02-09, Additional Precast Connection Scope

Dear Van,

I've pasted in the text of my letter below.

Philo
-- --

I've reviewed your request for an extra in the amount of $50,290 for what you are calling additional precast connection scope. I am also referencing BCC #02-09, rather than –08 as noted on the heading of your letter dated May 19, 2003, number –08 was the coiling doors.

The contract documents include the specifications, drawings, addenda and your signed contract with the Owner. The documents are intended to work in conjunction with one another, to coordinate and compliment each other to describe the various systems that make up the Work as wholes.

The drawings show anchorage in the details in a diagrammatic way only. Section 04200, ¶2.03.A calls out the minimum requirements for brick veneer anchorage as a Pos-I-Tie and later states minimum spacing. ¶2.03.B. and C. both state that anchors for precast shall be as determined by the precast manufacturer and as shown on the approved shop drawings.

Section 04200, ¶3.06.B. refers to ties, dowels and anchorage for precast and states that they should be in accordance with the approved fabrication and setting drawings. ¶3.06.D. refers specifically to cast in bolts and angles to which they are fastened.

¶1.04.A.1.b.(4) calls for stamped drawings showing the complete anchorage and reinforcing design. ¶1.04.A.2.c. again refers to the submittal drawings and details of all anchorage items and goes on to clarify that "all such items being the sole responsibility of precast concrete manufacturer.

In closing, every manufacturer is different and this is a non-proprietary spec. Each precast supplier needs to design its own attachment system based on their knowledge of their specific product. Your Change Order Proposal is rejected.

Best, Philo


Philip O'Brien, Project Manager
J. Stewart Roberts Associates Inc.