The Owner shall bear such costs except as provided in Subparagraph 13.5.3.

**13.5.3** If such procedures for testing, inspection or approval under Subparagraphs 13.5.1 and 13.5.2 reveal failure of the portions of the Work to comply with requirements established by the Contract Documents, the Contractor shall bear all costs made necessary by such failure including those of repeated procedures and compensation for the Architect's services and expenses.

**13.5.4** Required certificates of testing, inspection or approval shall, unless otherwise required by the Contract Documents, be secured by the Contractor and promptly delivered to the Architect.

**13.5.5** If the Architect is to observe tests, inspections or approvals required by the Contract Documents, the Architect will do so promptly and, where practicable, at the normal place of testing.

**13.5.6** Tests or inspections conducted pursuant to the Contract Documents shall be made promptly to avoid unreasonable delay in the Work.

**13.6   INTEREST**

**13.6.1** Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at such rate as the parties may agree upon in writing or, in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.

**13.7   COMMENCEMENT OF STATUTORY LIMITATION PERIOD**

**13.7.1** As between the Owner and Contractor:

.1 **Before Substantial Completion.** As to acts or failures to act occurring prior to the relevant date of Substantial Completion, any applicable statute of limitations shall commence to run and any alleged cause of action shall be deemed to have accrued in any and all events not later than such date of Substantial Completion;

.2 **Between Substantial Completion and Final Certificate for Payment.** As to acts or failures to act occurring subsequent to the relevant date of Substantial Completion and prior to issuance of the final Certificate for Payment, any applicable statute of limitations shall commence to run and any alleged cause of action shall be deemed to have accrued in any and all events not later than the date of issuance of the final Certificate for Payment; and

.3 **After Final Certificate for Payment.** As to acts or failures to act occurring after the relevant date of issuance of the final Certificate for Payment, any applicable statute of limitations shall commence to run and any alleged cause of action shall be deemed to have accrued in any and all events not later than the date of any act or failure to act by the Contractor pursuant to any warranty provided under Paragraph 3.5, the date of any correction of the Work or failure to correct the Work by the Contractor under Paragraph 12.2, or the date of actual commission of any other act or failure to perform any duty or obligation by the Contractor or Owner, whichever occurs last.

## ARTICLE 14

## TERMINATION OR SUSPENSION OF THE CONTRACT

**14.1   TERMINATION BY THE CONTRACTOR**

**14.1.1** The Contractor may terminate the Contract if the Work is stopped for a period of 30 days through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons performing portions of the Work under contract with the Contractor, for any of the following reasons:

.1 issuance of an order of a court or other public authority having jurisdiction;

.2 an act of government, such as a declaration of national emergency, making material unavailable;

.3 because the Architect has not issued a Certificate for Payment and has not notified the Contractor of the reason for withholding certification as provided in Subparagraph 9.4.1, or because the Owner has not made payment on a Certificate for Payment within the time stated in the Contract Documents;

.4 if repeated suspensions, delays or interruptions by the Owner as described in Paragraph 14.3 constitute in the aggregate more than 100 percent of the total number of days scheduled for completion, or 120 days in any 365-day period, whichever is less; or

.5 the Owner has failed to furnish to the Contractor promptly, upon the Contractor's request, reasonable evidence as required by Subparagraph 2.2.1.

**14.1.2** If one of the above reasons exists, the Contractor may, upon seven additional days' written notice to the Owner and Architect, terminate the Contract and recover from the Owner payment for Work executed and for proven loss with respect to materials, equipment, tools, and construction equipment and machinery, including reasonable overhead, profit and damages.

**14.1.3** If the Work is stopped for a period of 60 days through no act or fault of the Contractor or a Subcontractor or their agents or employees or any other persons performing portions of the Work under contract with the Contractor because the Owner has persistently failed to fulfill the Owner's obligations under the Contract Documents with respect to matters important to the progress of the Work, the Contractor may, upon seven additional days' written notice to the Owner and the Architect, terminate the Contract and recover from the Owner as provided in Subparagraph 14.1.2.

**14.2   TERMINATION BY THE OWNER FOR CAUSE**

**14.2.1** The Owner may terminate the Contract if the Contractor:

.1 persistently or repeatedly refuses or fails to supply enough properly skilled workers or proper materials;

.2 fails to make payment to Subcontractors for materials or labor in accordance with the respective agreements between the Contractor and the Subcontractors;

.3 persistently disregards laws, ordinances, or rules, regulations or orders of a public authority having jurisdiction; or

.4 otherwise is guilty of substantial breach of a provision of the Contract Documents.

**14.2.2** When any of the above reasons exist, the Owner, upon certification by the Architect that sufficient cause exists to jus-

tify such action, may without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven days' written notice, terminate employment of the Contractor and may, subject to any prior rights of the surety:

- .1 take possession of the site and of all materials, equipment, tools, and construction equipment and machinery thereon owned by the Contractor;
- .2 accept assignment of subcontracts pursuant to Paragraph 5.4; and
- .3 finish the Work by whatever reasonable method the Owner may deem expedient.

**14.2.3** When the Owner terminates the Contract for one of the reasons stated in Subparagraph 14.2.1, the Contractor shall not be entitled to receive further payment until the Work is finished.

**14.2.4** If the unpaid balance of the Contract Sum exceeds costs of finishing the Work, including compensation for the Architect's services and expenses made necessary thereby, such excess shall be paid to the Contractor. If such costs exceed the unpaid balance, the Contractor shall pay the difference to the Owner. The amount to be paid to the Contractor or Owner, as the case may be, shall be certified by the Architect, upon application, and this obligation for payment shall survive termination of the Contract.

### 14.3 SUSPENSION BY THE OWNER FOR CONVENIENCE

**14.3.1** The Owner may, without cause, order the Contractor in writing to suspend, delay or interrupt the Work in whole or in part for such period of time as the Owner may determine.

**14.3.2** An adjustment shall be made for increases in the cost of performance of the Contract, including profit on the increased cost of performance, caused by suspension, delay or interruption. No adjustment shall be made to the extent:

- .1 that performance is, was or would have been so suspended, delayed or interrupted by another cause for which the Contractor is responsible; or
- .2 that an equitable adjustment is made or denied under another provision of this Contract.

**14.3.3** Adjustments made in the cost of performance may have a mutually agreed fixed or percentage fee.

# SUPPLEMENTARY CONDITIONS - PART 1

The following Articles known as the SUPPLEMENTARY CONDITIONS - PART 1 shall modify and/or amend designated Articles of the AIA Document A201, Fourteenth Edition, ©1987. Where such Articles of the AIA GENERAL CONDITIONS are inconsistent or ambiguous when read in conjunction with these SUPPLEMENTARY CONDITIONS - PART 1, these SUPPLEMENTARY CONDITIONS - PART 1 shall govern. Where any Article of the GENERAL CONDITIONS is modified or any paragraph, subparagraph, or any clause thereof is modified or deleted by these SUPPLEMENTARY CONDITIONS - PART 1, the unaltered provisions of the Article, paragraph, subparagraph, or clause shall remain in effect. This Contract is subject to all applicable Federal, State, and local laws and requirements. In case of conflict between the provisions of the SUPPLEMENTARY CONDITIONS and the provision of any applicable statute or requirement, the statutory provisions shall govern.

## 1. ARTICLE 2 - OWNER

**A. Subparagraph 2.2.2** - In the first line, after the word "furnish", insert the word "available".

## 2. ARTICLE 3 - CONTRACTOR

**A. Subparagraphs 3.2.4 - 3.2.8** - Add new Subparagraphs 3.2.4 through 3.2.8, as follows:

3.2.4      The Contractor may submit requests for information to the Architect to help facilitate the Contractor's performance of the Contract. Prior to submitting each request for information, the Contractor shall first carefully study and compare the Contract Documents, field conditions, other Owner provided information, Contractor prepared Coordination Drawings, and prior Project correspondence and documentation to determine that the information to be requested is not reasonably obtainable from such sources.

3.2.5      Each request for information shall be submitted to the Architect, in writing, on such form and with such accompanying information as the Architect may require for such purpose. Each request for information Shall identify the specific sources which were reviewed by the Contractor in its efforts to determine the information requested, and a statement to the effect that the information being requested could not be determined from such sources.

3.2.6      The Contractor shall submit each request for information sufficiently in advance of the date by which such information is required in order to allow the Architect sufficient time, in the Architect's professional judgment, to permit adequate review and response and to permit Contractor compliance with the latest construction schedule.

3.2.7      The Contractor shall maintain a log at the Project site that sequentially numbers and lists each request for information. This log shall also contain the Drawing reference or Specification section to which the request pertains, the date of the request, to whom the request was made, by whom was the request made, the nature of the request, and the Architect's resolution thereof This log shall be reviewed at each Project meeting and the resolution of requests for information shall be made part of the minutes of such meetings.

3.2.8      The Contractor shall reimburse the Owner amounts charged to the Owner by the Architect for responding to Contractor requests for information where such information is available to the Contractor from a careful study and

    comparison of the Contract Documents, field conditions, other Owner provided information, Contractor prepared Coordination Drawings, or prior Project correspondence or documentation.

**B. Subparagraph 3.3.1** - Add a new sentence at the end of Subparagraph 3.3.1, so that Subparagraph 3.3.1 reads as follows:

 3.3.1 The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention. The Contractor shall be solely responsible for, and have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under the Contract, unless Contract Documents give other specific instructions concerning these matters. The Contractor shall prepare and submit to the Architect, but only for the Architect's information, Coordination Drawings for the structural, mechanical, electrical, plumbing, fire protection, lighting and other portions of the Work as may be applicable and appropriate, to facilitate the proper integration, coordination and timely construction of all portions of the Work. Coordination Drawings shall be submitted prior to performance of the Work represented thereon, and shall clearly indicate in detail the systems, materials and components of the Work required by the Contract Documents.

**C. Subparagraphs 3.4.3 - 3.4.6** - Add new Subparagraphs 3.4.3 through 3.4.6 to read as follows:

 3.4.3 In all cases in which a manufacturer's name, trade name or other proprietary designation is used in connection with materials or articles to be furnished under this Contract, Whether or not the phrase "or equal" is used after such name, the Contractor shall furnish the product of the named manufacturer(s) without substitution, unless a written request for a substitute has been submitted by the Contractor and approved in writing by the Architect as provided in Subparagraph 3.4.4.

 3.4.4 If the Contractor proposes to use a material, system, or article which, while suitable for the intended use, deviates in any way from the detailed requirements of the Contract Documents, the Contractor Shall inform the Architect in writing, on such form as the Architect may require for such purpose, of the nature of such deviations at the time the material, system, or article is submitted for approval or consideration, and shall request written approval of the deviation from the requirements of the Contract Documents. By submitting such material or article for approval, the Contractor:

  1. Represents that the Contractor has personally investigated the proposed substitute material or article and determined the it is equal to or superior in all respects to that specified;

  2. Represents that the Contractor will provide the same warranty for the substitution that the Contractor would provide for that specified;

  3. Certifies that the cost data presented is complete and includes all related costs under this Contract except for the Architect's evaluation, redesign and other costs, if any, and waives all claims for additional costs related to the substitution which may subsequently become apparent;

  4. Confirms that the Contractor will prepare and submit with respect to such substituted material or article all Shop Drawings other submittals required in connection with the substituted material or article; and

      5. Will coordinate the installation of the accepted substitute, making such changes as may be required, whether required by the Architect or otherwise, for the Work to be complete in all respects.

3.4.5    In requesting approval of deviations or substitutions, the Contractor shall provide, upon the Architect's request, evidence leading to a reasonable certainty on the part of the Architect that the proposed substitution or deviation will provide a quality of result and performance at least equal to that otherwise attainable. If, in the sole good faith opinion of the Architect, the evidence presented by the Contractor does not provide a sufficient basis for such reasonable certainty, the Architect may reject such substitution or deviation without further investigation.

3.4.6    The Contractor shall reimburse the Owner amounts charged to the Owner by the Architect for evaluating deviations and substitutions proposed by the Contractor, for making revisions to the Contract Documents on account thereof, and for responding to requests for information and providing other services on account of such proposed deviations or substitutions, all regardless of whether such proposed deviations or substitutions are approved or rejected by the Architect.

**D. Subparagraph 3.5.1** - After subparagraph 3.5.1, add the following subparagraph:

3.5.2    The warranty required hereunder shall be in addition to, and not in lieu of, any other warranty or guarantee required in the Contract Documents or otherwise prescribed by law. The Contractor shall procure and deliver to the Architect, no later than the date claimed by the Contractor as the date of Substantial Completion, all special warranties required by the Contract Documents. Delivery by the Contractor shall constitute the Contractor's guarantee to the Owner that the warranty will be performed in accordance with its terms and conditions.

**F. Paragraph 3.8** - Delete this paragraph in its entirety.

**G. Subparagraph 3.9.1** - Change Subparagraph 3.9.1 to read as follows:

3.9.1    The Contractor shall adequately staff the Project site to properly and thoroughly engineer, plan, schedule, coordinate, direct, administer, and supervise all construction activities. To this end, the Contractor shall employ competent and appropriately qualified and experienced personnel, consisting of a superintendent, necessary assistants, and, if required by the Contract Documents, a registered professional engineer or registered land surveyor, each of whom shall be reasonably acceptable to the Owner and who shall not be replaced without the Owner's prior written approval. At a minimum, the superintendent shall be in attendance at the Project site full time during progress of the Work and at any time in which any construction activity is, or is scheduled, to take place, and until the date of final completion. The superintendent's assistants shall be in attendance at all times necessary to assure the Contractor's compliance with the obligations of this Subparagraph The Contractor, or if required by the Contract Documents, a registered professional engineer or registered land surveyor retained by the Contractor, shall establish all (exterior and building) grades, lines, levels, column, wall and partition lines, and required elevations, and shall certify to the actual location, of all buildings, structures, roads, utilities, site grading and associated Work to be constructed on the site. Prior to commencement of construction, the Contractor Shall submit for the Owner's and Architect's review, and for the

Owner's approval, a plan for staffing the Project site consistent with the requirements of this Subparagraph. The Superintendent shall be an Authorized Representative of the Contractor as that term is used in subparagraph 3.1.1, and communication's given to the Superintendent shall be binding on the Contractor. Important communications shall be confirmed in writing. Other communications shall be similarly confirmed on written request in each case.

**H Subparagraph 3.10.1** - Delete this paragraph, and substitute the following therefor:

3.10.1  Within fourteen calendar days after award of the Contract, the Contractor shall submit to the Architect a Progress Schedule showing, for each class of work included in the Schedule of Values, the percentage completion to be obtained and the total dollar value of work to be completed as of the first day of each month until Substantial Completion. All calculations shall be on the basis of work in place, but not including the value of materials delivered but not in place.

3.10.1.1  The Progress Schedule shall be based on an orderly progression of the Work, allowing adequate time for each operation, and leading to a reasonable certainty of Substantial Completion by the date established in the Agreement. The Progress Schedule will be reviewed by the Architect for compliance with the requirements of this Article, and will be accepted by him or returned to the Contractor for revision and resubmittal. Unless specifically required by law, no payment under this Contract shall be due until the Progress Schedule has been approved by the Architect.

3.10.1.2  The Contractor shall bring the Progress Schedule up to date at the end of each month in a manner which will show all work performed during the month, and shall deliver, to the Architect, five (5) copies of the revised Progress Schedule together with the monthly application for payment. The copies shall be suitable for reproduction.

3.10.1.3  The Contractor shall furnish sufficient forces, construction plant, and equipment to ensure the prosecution of the work in accordance with the approved Progress Schedule. If, in the opinion of the Architect or Owner, the Contractor falls behind in the Progress Schedule, the Contractor shall take such steps as may be necessary to improve his progress, and the Architect or Owner may require the Contractor to increase the number of shifts, days of work, and/or the amount of construction plant, all without additional cost to the Owner.

3.10.1.4  Submission of an updated Progress Schedule shall be a condition precedent to each progress payment.

3.10.1.5  If, in any application for payment, the total value of the completed Work in place, as certified by the Architect, is less than ninety percent (90%) of the total value of the Work in place estimated in the progress Schedule, The Owner may, at his option, require the Contractor to accelerate the progress of the Work without cost to the Owner, by increasing the work force or hours of work, or by other reasonable means approved by the Architect.

3.10.1.6  If each of three successive applications, as certified by the Architect, indicate that the actual work completed is less than ninety percent (90%) of the values estimated in the Progress Schedule to be completed by the respective dates, the Owner may, at his option, treat the Contractor's delinquency as a default, justifying the action permitted under Paragraph 2.3 or Paragraph 14.2.

    3.10.1.7    If the Architect has determined that the Contractor should be permitted to extend the time for completion, as provided in Paragraph 8.3, the calendar dates in the Progress Schedule shall be adjusted accordingly to retain their same relationship to the adjusted date of Substantial Completion, and the dollar value of work to be completed as of the first day of each month shall be adjusted pro-rata.

**I. Subparagraph 3 .10.2** - Change Subparagraph 3.10.2 to read as follows:

    3.10.2    The Contractor shall prepare and keep current, for the Architect's approval schedules of submittals, including Shop Drawings, Product Data, Samples and similar submittals, which are coordinated with the Contractor's construction schedule and which allow the Architect sufficient time, in the Architect's professional judgment, to permit adequate review.

**J Subparagraph 3.10.4** - Add new Subparagraph 3.10.4 to read as follows:

    3.10.4    The Contractor shall submit for the Architect's information a schedule of Coordination Drawings to be prepared in accordance with Subparagraph 3.3.1 and coordinated with the Contractor's construction schedule referred to in Subparagraph 3.10.1. The Architect shall not be required to take responsive action with respect to Coordination Drawings.

**K Subparagraph 3.11.1** - After this subparagraph insert the following paragraphs:

    3.11.2    During the progress of the Work, the Contractor shall keep on file at all times two (2) complete and separate sets of black line prints of Contract Drawings and Specifications, on both sets of which shall be accurately and promptly noted, as the Work progresses, all revisions to mechanical and electrical Work, wherever the Work was installed other than as shown on the Contract Drawings, or described in the Specifications. The Contractor shall be responsible for assuring that the various revisions are delineated by the specific trades involved.

    3.11.3    The first set of Drawings and Specifications shall be kept clean of all marks except the above mentioned revisions and actual locations. The second set of Drawings and Specifications shall be used to indicate the progress of the work installed by coloring in the various pipe lines, ducts, and apparatus as erected and installed.

    3.11.4    At the completion of the Work, the Contractor shall submit to the Architect for review the first set of Drawings and Specifications mentioned above. Upon receipt of the Architect's permission to proceed, the Contractor shall transfer the as-built information on the before-mentioned prints onto reproducible transparencies after which the annotated transparencies and the second set of annotated Specifications shall be submitted to the Architect for transmittal to the Owner.

    3.11.5    The Contractor shall prepare two (2) complete sets of manufacturers' catalogs, instructions, and other similar data, including the necessary photographic cuts, diagrams, valve charts, and other data, covering all mechanical and manually operated devices and equipment furnished and/or installed in the building. This is intended to serve to instruct and assist the Owner in the care, operation, and maintenance and repair of all such devices and equipment. The above copies shall be bound in book form.

    3.11.6    All of the above material shall be approved and in the possession of the Architect before final acceptance of the Work is given.

**L. Subparagraph 3.12.5** - Change Subparagraph 3.12.5 so that it reads as follows:

    3.12.5    The Contractor shall review, approve and submit to the Architect Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents with reasonable promptness an in such sequence as to cause no delay in the Work or in the activities of the Owner or of separate contractors in accordance with submittal schedules -prepared by the Contractor and approved by the Architect pursuant to Subparagraph 3.10.2. Submittals made by the Contractor which are not required by the Contract Documents may be returned without action.

**M. Subparagraph 3.12.12** - Add new Subparagraph 3.12.12 to read as follows:

    3.12.12    The Contractor shall reimburse the Owner amounts charged to the Owner by the Architect for reviewing re-submitted Shop Drawings, Product Data, Samples and similar submittals for which the Architect is expected to take responsive action, and for reviewing Shop Drawings, Product Data, Samples and similar submittals not submitted in accordance with an approved submittal schedule.

## 4. ARTICLE 4 - ADMINISTRATION OF THE CONTRACT

**A. Subparagraph 4.1.4** - Delete this subparagraph in its entirety.

**B. Subparagraph 4.2.8** - Change Subparagraph 4.2.8 to read as follows, and renumber current Subparagraphs 4.2.8 through 4.2.13 as Subparagraphs 4.2.9 through 4.2.14, respectively:

    4.2.8    The Architect will evaluate substitutions proposed by the Contractor, whether as part of a cost reduction procedure or otherwise, which are prepared and submitted in accordance with the requirements of Subparagraphs 3.4.3 through 3.4.6. Such evaluation and any action taken by the Architect with respect thereto shall be performed within such period of time as may in the Architect's professional judgment be required to permit adequate review. The Owner shall evaluate and approve or take other appropriate action upon Contractor proposed substitutions and the Architect's recommendations with respect thereto, which evaluation shall include but not be limited to a review of the total net change to the Project cost, taking into account the proposed change to the Construction Cost, the possible Additional Service costs of the Architect, and the possible change to the projected operating costs of the completed Project. Any change in the Contract Sum, the Contract Time, or the requirements of the Contract Documents as a result of an Owner approved substitution shall be reflected in a Change Order.

**C. Subparagraph 4.2.10** - At the end of this subparagraph insert the following:

    4.2.10    AIA Document B352 - Duties, Responsibilities, and Limitations of Authority of a Full-Time Project Representative, shall be the exhibit referred to in this subparagraph 4.2.10.

**D. Subparagraph 4.3.2** - Change the first sentence to read as follows:

> Claims, including those alleging an error or omission by the Architect, shall be referred initially to the Architect for action as provided in Paragraph 4.4, and the Architect shall render his decision in accordance with the requirements of Paragraph 4.4.

**E. Subparagraph 4.3.2** - Delete the second and third sentences.

**F. Subparagraph 4.4.4** - Change the first sentence to read as follows:

> If a claim has not been resolved after consideration of the foregoing, and of further evidence presented by the parties or requested by the Architect, the Architect will notify the parties in writing that the Architect's decision will be made within seven days.

**G. Subparagraph 4.4.4** - At the end of this subparagraph, add the following:

> The provisions of this paragraph 4.4 shall not prevent the parties from pursuing such remedies as may be available at law if they are not satisfied with the Architect's decision.

**H. Paragraph 4.5** - Delete this paragraph and its subparagraphs in their entirety. The word "arbitration" as appearing in any other section of the General Conditions is hereby deleted and the word "litigation" is substituted in its place.

## 5. ARTICLE 7 - CHANGES IN THE WORK

**A. Subparagraph 7.3.3** - Delete this subparagraph in its entirety.

**B. Subparagraph 7.3.5** - After this subparagraph insert the following:

> 7.3.5.1   Where the value of work performed directly by the Contractor under a Change Order is determined by either a lump sum proposal or by the actual cost of work as it progresses, the Contractor will be allowed an additional amount not to exceed fifteen percent (15%) of the total cost of material and labor, as combined overhead and profit. Surcharges for subcontracted work, where required or permitted, shall not exceed the following:
> 1. To the subcontractor or sub-subcontractor performing the work, fifteen percent (15%) of the total cost of labor and materials.
> 2. To payments made to a sub-subcontractor, the subcontractor will be allowed an additional ten percent (10%).
> 3. To the total payment made to the subcontractor, the Contractor will be allowed an additional ten percent (10%) to cover increased overhead and profit.
> 4. No additional costs will be allowed for any lower tier of subcontractors.

**A. Subparagraph 7.3.6** - Change this subparagraph to read as follows:

> 7.3.6   Attention is directed to General Laws, Chapter 30, Section 39I, and the following:

1. Subject to all provisions of the Contract, the Contractor shall do any and all Work required to effect a change in the plans, specifications or Contract only when and as directed by (1) a written authorization for a change in the Drawings, Specifications or Contract, or (2) an approved formal Change Order executed by the Owner (Awarding Authority).

2. If such change shall make the Work less expensive to the Contractor, the proper deduction shall be made from the Contract Price, said deduction to be computed in accordance with the provisions of the following paragraph seven (7) unless there be applicable unit prices which shall prevail. The Contractor shall have no claim for damages or for anticipated profits on the Work that may thus be dispensed with. If such change shall make the Work more expensive to the Contractor, a proper addition computed the aforementioned manner shall be made to the Contract Price. The amount of any deduction from or addition to the Contract Price as a result of a change in accordance with the provisions of the Article shall be determined y the Architect.

3. The contractor shall, when requested by the Architect, and in a form satisfactory to the Architect, furnish itemized statements of the cost of the Work so ordered, including certified payrolls and copies of accounts, bills and vouchers relating to said change in Plans, Specifications or other Contract Documents.

4. Any Change Order issued subject to the provisions of General Laws, Chapter 30, Section 39I, involving a substantial deviation from the Drawings, Specifications or Contract, shall be executed by the Awarding Authority within thirty days from the date of the initial written authorization by the Awarding Authority.

5. If the Contractor claims compensation fro a change not ordered as aforesaid, or for any damages sustained, he shall on or before the first working day following the commencement of any such Work or the sustaining of any such damage submit to the Architect a written statement of the nature of such work or damage sustained. Any work performed or damage sustained prior the time specified above, even though similar in character, will not be considered as warranting compensation, it being clearly understood that the commencement of any such Work or sustaining of any such damage will be recognized only when and as submitted in writing in accordance with the requirements of the Article.

6. On or before the second working day after the commencement of such work or the sustaining of such damage, and daily thereafter, the Contractor shall file with the Architect, in such form and manner as is satisfactory to the Architect, itemized statements of the details and cost of such Work performed or damage sustained, and, unless such statement shall be made as so required, his claim for such compensation shall be forfeited and invalid, and he shall not be entitled to payment on account of any such Work or damage.

7. The Contract Price shall be adjusted for a change in the Contract Documents ordered in accordance with the above and completed to the satisfaction of the Architect by a predetermined lump sum account computed on the basis of the following:
    1. The reasonable cost of labor employed directly on the Work at prevailing rates of wages.
    2. The cost of Workmen's Compensation Insurance, Federal Social Security and Massachusetts Unemployment Compensation on (1) at established rates.
    3. The reasonable cost of materials incorporated in the Work.

    4. The reasonable cost at fair market rental rates for equipment employed directly on the Work.
    5. Percentages of (1), (2), (3), and (4) for overhead, supervision and profit as established in Subparagraph 7.3.5.1.
    6. The actual direct bond premium cost payable on (1), (2), (3), (4) and (5).

## 6. ARTICLE 9 - PAYMENTS AND COMPLETION

**A. Subparagraph 9.2.1** - After this subparagraph add the following:

9.2.2     In the Schedule of Values, each subdivision or classification of the Work shall be identified by letter or code number with particular reference to each individual SECTION (or sub-section, where applicable) of the SPECIFICATIONS, and the Contractor shall append thereto a schedule of the names, addresses (and whether individual, partnership, or corporation) of each subcontractor or sub-subcontractor who is to perform all or any part of each subdivision. In the event any subcontractors or sub-subcontractors are not known at the time said Schedule is prepared, an amended or supplementary Schedule of the names of the subcontractors and sub-subcontractors involved, indicating their divisions of work, shall be furnished to the Architect as soon as the information is available. A code number and letter for identification of requisitions shall be used to identify the Contractor, each of the subcontractors, and each of the subordinate sub-subcontractors, and shall be shown in each requisition where any part of the Work performed by the Contractor, such subcontractor, sub-subcontractor, or materialman, is incorporated in the amount of the requisition for which payment is requested.

9.2.3     General: The Contractor shall:
    a. Submit to the Architect two (2) original Schedule of Values within ten (10) calendar days after receipt of notice to proceed.
    b. Upon request by the Architect, provide supporting data which will substantiate the correctness of the values given .
    c. Submit quantities and designations of stored materials for which payment is requested.

9.2.4     Form of submittal: The Contractor shall:
    a. Submit typewritten Schedule of Values on 8-1/2 by 11 inch white paper.
    b. Use TABLE OF CONTENTS of the Project Manual as basis for format for listing cost of work for SECTIONS under DIVISIONS 2 through 16, and identify each line item with number and title of SECTION.

9.2.5     Preparing Schedule of Values: The Contractor shall:
    a. Itemize the separate line item cost for each of the following general cost items:
        1. Performance and Labor and Materials Payment Bonds.
        2. Field supervision and layout.
        3. Temporary construction facilities and controls.
        4. Allowance items.
    b. Itemize the separate line item cost for work required under each SECTION of the SPECIFICATIONS. SECTIONS shall be further subdivided into separate line items under each SECTION as required by the Architect.

      c. Break down installed costs into:
         1. Delivered cost of the product.
         2. Total installed cost, with overhead and profit.
      d. For each item which has an installed value of more than $20,000, break down costs to list major products or operations under each item.
      e. Make sum of total costs of all items listed in Schedule equal to the total Contract Sum.

9.2.6   Review and resubmittal: After review by the Architect, the Contractor shall revise and resubmit Schedules as required, and shall resubmit revised Schedules in a similar manner.

**B. Subparagraph 9.3.1** - At the end of this subparagraph, add the following:

A summary of the total amount due to date and the amount of five percent (5%) retained shall be included in the statement, which shall be signed by the Contractor. A separate sheet shall be included with each requisition, showing status of work covered by approved Change Orders."

**C. Subparagraph 9.3.2.1** - Insert the following subparagraphs:

9.3.2.1   Payment for Stored Materials.

The Contractor shall include in the Application for Payment only such materials as are incorporated in the Work. The Contractor may upon delivery of a bill of sale to the Owner accompanied by receipt vouchers or other acceptable proof of payment by the Contractor or Subcontractor for such material, include the value of materials or equipment delivered at the site of the Work (or at some location agreed to in writing). This must be, in the judgment of the Architect, material or equipment which meet the requirements of the Contract, ready for use, and which the Contractor can adequately protect until incorporated in the Work. The Contractor must also present to the Architect a stored material insurance binder covering the materials for which payment is requested, and naming the Owner as an insured party should the stored materials be subjected to any casualty, loss, or theft prior to their inclusion in the Work.

The Contractor shall reimburse the Architect for reasonable costs incurred by the Architect during verification of Contract compliance. Costs may include, but not be limited to time spent and travel expenses. All stored materials shall be accurately labeled in order to simplify the process of verification.

**D. Subparagraph 9.6.6** - After this subparagraph insert the following subparagraphs:

9.6.7   Notwithstanding anything in the Contract Documents to the contrary, progress payments shall be made in accordance with the requirements of M.G.L. Chapter 30, Section 39K."

9.6.8   Amounts owed to the Owner by the Contractor pursuant to Subparagraphs 3.2.8, 3.4.6, 3.12.12, and 9.8.4 shall be deducted from payments otherwise due the Contractor pursuant to this Article 9.
      d. Use the Schedule of Values only as a basis for the Contractor's Application for Payment.

**E. Subparagraph 9.8.4** - Add new Subparagraph 9.8.4 to read as follows:

 9. 8. 4 The Contractor shall reimburse the Owner amounts charged to the Owner by the Architect for performing more than two inspections to determine whether the Work or designated portion thereof is substantially complete or whether any item in connection therewith is in accordance with the requirements of the Contract Documents.

**F. Subparagraph 9.9.1** - In the fourth and fifth lines delete the phrase "consented to by the insurer as required under Subparagraph 11.3.11 and".

**G. Subparagraph 9.10.1.1** - At the end of this subparagraph, add the following:

 Notwithstanding anything in the Contract Documents to the contrary, final payment shall be made in accordance with the requirements of M.G.L. Chapter 30, Section 39K.

**H. Subparagraph 9.10.3** - Delete the last sentence of this subparagraph.

## 7. ARTICLE 10 - PROTECTION OF PERSONS AND PROPERTY

**A. Subparagraph 10.1.2** - In the twelfth line, after the word "Contractor", insert a period, and delete the remainder of this subparagraph.

**B. Subparagraph 10.1.4** - Change this paragraph to read as follows.

 10.1.4 If normally reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from the presence of a harmful substance encountered on the site by the Contractor, the Contractor shall, upon recognizing the condition, immediately stop work in the affected area and report the condition to the Owner and Architect in writing. The Owner, Contractor and Architect shall then proceed in the same manner described in Subparagraph 10.1.2.

**C. Subparagraph 10.1.5** - Add new subparagraph 10.1.5 as follows:

 10.1.5 The Owner shall be responsible for obtaining the services of a licensed laboratory to verify the presence or absence of the substance reported by the Contractor and, in the event such a material or substance is found to be present, to verify that it has been rendered harmless. Unless otherwise required by the Contract Documents, the owner shall furnish in writing to the Contractor and to the Architect the names and qualifications of persons or entities who are proposed to perform tests verifying the presence or absence of such substance, or who are to proposed to perform the task of removal or safe containment of such substance. The Contractor and the Architect will promptly reply to the Owner in writing stating whether or not either has reasonable objection to the persons or entities proposed by the Owner. If either the Contractor or Architect has an objection to a person or entity proposed by the owner, the Owner shall propose another to whom the Contractor and the Architect have no reasonable objection.

    **D. Subparagraph 10.2.7** - After this subparagraph, add the following:

        10.2.8    The Contractor shall be responsible for safety in the new construction until its occupancy by the Owner, at which time the Owner will assume the responsibility for safety in the occupied portions.

## 8. ARTICLE 11 - INSURANCE

    **A. Subparagraph 11.1.1** - Delete this paragraph in its entirety, and substitute the following therefor:

        11.1.1    The Contractor shall purchase and maintain such insurance as will protect him from claims under workman's compensation acts and from claims for damages because of bodily injury, including death, and all property damage which might arise from and during operations under this Contract, whether such operations be by himself or by any Subcontractor or anyone directly or indirectly employed by either of them, which shall include, but not necessarily be limited to, the following:

          a.    Statutory Workman's Compensation and Employer's Liability.

          b.    Comprehensive General Liability Insurance with Bodily Injury Limits of $500,000 per person and $1,000,000 per accident and Property Damage Limits of $1,000,000 per accident and $1,000,000 aggregate during any twelve month period, and shall include the following:
- Public Liability (Bodily Injury and Property Damage.
- Independent Contractors' Protective Liability.
- Products and Completed Operations.
- Save Harmless Agreement for Owner and Architect, as defined under Paragraph 3.18.

          c.    Comprehensive Automobile Liability Insurance with Bodily Injury limits of $500,000 per person, $1,000,000 per accident and Property Damage Limits of $1,000,000 per accident, and $1,000,000 aggregate during any twelve month period.

          d.    All Risk Insurance covering all Contractor's equipment with a provision for Waiver of Subrogation against the Owner.

        The Contractor shall notify the Owner in writing at least fifteen (15) days in advance of any cancellation and expiration date of policies required hereunder.

    **B. Subparagraph 11.3.1** Delete this paragraph and its subparagraphs in their entirety, and substitute the following therefor:

        11.3.1    The Contractor shall purchase and maintain property insurance on the entire Work at the site to the full insurable value thereof. This insurance shall be taken out with a company or companies against which the Owner has no reasonable objection, and shall include the interests of the Owner, the Contractor, Subcontractors, and Sub-subcontractors in the Work, and shall insure against the perils of fire and extended coverage, and shall include "all risks" insurance for physical loss or damage, including, without duplication, theft, vandalism and malicious mischief. This insurance shall also cover portions of the Work, stored off the site or in transit, which have been included in the Application for Payment, as defined under paragraph 9.3.2. If this insurance is written with stipulated amounts deductible, the Owner shall

    not be held responsible for any difference between the payments made by the insurance carrier and the claim.

**C. Subparagraph 11.3.2** - In the first line change the word "Owner" to "Contractor".

**D. Subparagraph 11.3.4** - Delete this paragraph in its entirety, and substitute the following therefor:

    11.3.4    The Contractor shall file the original and one certified copy of all policies with the Owner before exposure to the loss may occur. If the Owner is damaged by the failure of the Contractor to maintain such insurance, and to so notify the Owner, then the Contractor shall bear all reasonable costs properly attributable thereto.

**E. Subparagraph 11.4.1 - 11.4.2** - Delete these subparagraphs in the entirety, and substitute the following therefor:

    11.4.1    The Contractor shall furnish a performance bond and a labor and material payment bond each in the penal sum of the total amount of the Contract Sum and in the form set forth in the Bidding Documents.

    11.4.2    The Bonding Company shall be a surety company acceptable to the Owner, having an A.M. Best rating of A+, XII or higher, and shall be qualified to do business in the Commonwealth of Massachusetts and qualified in its own right by the Treasury Department of the United states to execute a bond by its sole signature in an amount not less than the Contract Sum.

**F. Subparagraph 11.4.3** - Add new subparagraph 11.4.3 as follows:

    11.4.3    The obtaining by the Contractor of the aforesaid bonds shall be a condition precedent to the effectuation of the Contract between the Owner and the Contractor. The Premium for the bond shall be paid for by the Contractor.

## 9. ARTICLE 13 - MISCELLANEOUS PROVISIONS

**A. Paragraph 13.7** - Delete this paragraph in its entirety.

## 10. ARTICLE 14 - TERMINATION OR SUSPENSION OF THE CONTRACT

**A. Subparagraphs 14.1.1.1, 14.1.1.2 and 14.1.1.4** - Delete these subparagraphs in their entirety.

**B. Subparagraph 14.1.2** - Change this subparagraph to read as follows:

    14.1.2 - If one of the above reasons exists, the Contractor may, upon seven additional days' written notice to the Owner and the Architect, terminate the Contract and recover from the Owner payment for the Work executed, and for all materials or equipment not incorporated in the Work, but delivered and suitably stored at the site. The payment for materials or equipment stored at the site shall be conditioned upon submission by the Contractor of bills of sale or such other

SUPPLEMENTARY CONDITIONS - PART 1
SC1-13

BOXFORD TOWN HALL
Boxford, Massachusetts

        evidence as is satisfactory to the Owner to establish the Owner's title to such material or equipment or otherwise protect the Owner's interest.

**C. Subparagraph 14.2.4** - After this subparagraph, insert the following subparagraph:

14.2.5    The Owner shall have the right to terminate the Contract without cause, upon ten(10) days' written notice to the Contractor. In the event that the Contract is terminated pursuant to this subparagraph, the Contractor shall be reimbursed in accordance with the Contract Documents for all Work performed up to the termination date, and for all materials or equipment not incorporated in the Work, but delivered and suitably stored at the site. The payment for materials or equipment stored at the site shall be conditioned upon submission by the Contractor of bills of sale or such other evidence as is satisfactory to the Owner to establish the Owner's title to such material or equipment or otherwise protect the Owner's interest.

**END OF
SUPPLEMENTARY CONDITIONS - PART 1**

BOXFORD TOWN HALL
Boxford, Massachusetts

# INDEX

# FOR

## SUPPLEMENTARY CONDITIONS - PART 2

### STATUTORY PROVISIONS FOR MASSACHUSETTS PUBLIC CONSTRUCTION CONTRACTS

| Paragraph | Subject | Statute or Executive Order |
|---|---|---|
| 1.1 | "Or Equal" Clause | M.G.L. c.30, §39 M(b) |
| 1.2 | Delays | M.G.L. c.30, §39 O |
| 1.3 | Deviations | M.G.L. c.30, §39 I |
| 1.4 | Finality of Decisions | M.G.L. c.30. §39 J |
| 1.5 | Differing Site Conditions | M.G.L. c.30, §39 N |
| 1.6 | Timely Decisions | M.G.L. c.30, §39 P |
| 1.7 | Certificate of Appropriation | M.G.L. c.44, §31 C |
| 1.8 | Method of Payment | M.G.L. c.30, §39 K |
| 1.9 | Direct Payment | M.G.L. c.30, §39 F |
| 2.1 | Preference to Veterans and Citizens | M.G.L. c.149, §26 |
| 2.2 | Determination of Wage Rates | M.G.L. c.149, §27 |
| 2.3 | Employment Records | M.G.L. c.149, §27 B |
| 2.4 | Wages Paid to Operators of Trucks and Other Equipment | M.G.L. c.149, §27 F |
| 2.5 | Reserve Police Officers | M.G.L. c.149, §34 B |
| 2.6 | Eight-Hour Day, etc. | M.G.L. c.149, §§30, 34 and 34 A |
| 2.7 | Lodging, etc. | M.G.L. c.149, §25 |
| 2.8 | Access to Contractor's Records | Executive Order No. 195 |

BOXFORD TOWN HALL
Boxford, Massachusetts

| Paragraph | Subject | Statute or Executive Order |
|---|---|---|
| 2.9 | Worker's Compensation Insurance | M.G.L. c.149, §34A |
| 3.1 | Definitions | Supplementary Equal Employment Opportunity, Anti-Discrimination and Affirmative Action Program, promulgated under Executive Order No.116 |
| 3.2 | Non-Discrimination and Affirmative Action Requirements | "                                " |
| 3.3 | Compliance with Requirements | "                                " |
| 3.4 | Non-Discrimination | "                                " |
| 3.5 | Solicitations for Sub-Contracts, etc. | "                                " |
| 3.6 | Bidders Certification Requirement | "                                " |
| 3.7 | Contractor's Certification | "                                " |
| 3.8 | Compliance-Information, Reports and Sanctions | "                                " |
| 3.9 | Severability | "                                " |
| 3.10 | Equal Employment Opportunity for the Handicapped | Executive Order No. 246 |
| 3.11 | Suspension of Payments | N.A. |
| 4.1 - 4.5 | Contractor's Accounting Method Requirements | M.G.L. c.30, §39 R |
| 5.1 | Weather Protection | M.G.L. c.149, §44 F (1) |
| 5.2 | Form for Sub-Contract | M.G.L. c.149, §44 F (4) (c) |
| 5.3 | Foreign Corporations | M.G.L. c.181, §§3, 5; c.30, §§39 L |
| 5.4 | Shoring | M.G.L. c.149, §129 A |
| 5.5 | Compliance with Tax Laws | M.G.L. c.62 C, §49 A |

SUPPLEMENTARY CONDITIONS - PART 2
SC2 - 2