5.2  Form for Sub-contract This Paragraph applies to every contract subject to M.G.L. c.149, §44 A.

The Contractor when sub-contracting with sub-bidders filed pursuant to M.G.L. C.149 §44 F shall use the form for sub-contract in c.149, §44 F(4)(c)

5.3  Foreign Corporations This Paragraph applies to every contract with the Commonwealth. a county, city, town. district, board, commission, or other public body for the construction, reconstruction, alteration. remodeling, repair, or demolition of any public building or other public works,

The Contractor, if a foreign corporation, shall comply with M.G.L. c.181, §§3 and 5. and c.30. §39 L.

5.4  Shoring. (Statutory reference: M.G.L. c.149, §129 A) This Paragraph applies to every construction project carried on by any city, town, county, or other subdivision of the Commonwealth in which a trench is to be dug to a depth of five feet or more, except for trenches for laying of water pipes dug to a depth of six and one-half feet which will be open less than 48 hours, and except for digging of graves.

Trenches shall be shored and braced in conformity with rules and regulations relating thereto adopted and enforced by the Department of Labor and Industries.

5.5  Certification of Compliance with Tax Laws (Statutory reference: M.G.L. c.62 C, §49 A) This Paragraph 5.5 applies to contracts for goods or services furnished to any department, board, commission, division. authority, district or other agency of the Commonwealth or any subdivision of the Commonwealth. including a city, town or district.

By executing this Contract, the Contractor certifies, under penalties of perjury, that to the best of his information, knowledge and belief he has complied with all laws of the Commonwealth relating to taxes.

**END OF
SUPPLEMENTARY CONDITIONS - PART II**

BOXFORD TOWN HALL
Boxford, Massachusetts

## SUPPLEMENTARY CONDITIONS - PART 3

The following Articles known as the SUPPLEMENTARY CONDITIONS - PART 3 shall modify and/or amend designated Articles of the AIA Document A201, Fourteenth Edition, ©1987 and the Articles included herein before, entitled SUPPLEMENTARY CONDITIONS - PART 1.

Where such Articles of the AIA GENERAL CONDITIONS and/or SUPPLEMENTARY CONDITIONS - PART 1 are inconsistent or ambiguous when read in conjunction with these SUPPLEMENTARY CONDITIONS - PART 3, these SUPPLEMENTARY CONDITIONS - PART 3 shall govern.

SUPPLEMENTARY CONDITIONS - PART 3
FOLLOWS IMMEDIATELY AFTER

SUPPLEMENTARY CONDITIONS - PART 3
SC3-1

ADD THE FOLLOWING TO

ADDENDUM TO SUPPLEMENTARY CONDITIONS

Amending the General Conditions of the Contract for Construction
AIA Document A201 (1987 electronic edition)

I.   THE ADDENDUM TO SUPPLEMENTARY CONDITIONS

The following addendum supplements, modifies, deletes and/or adds to the General Conditions and Supplementary Conditions. Where any Article, Paragraph or subparagraph in the General Conditions or Supplementary Conditions is supplemented by one of the following paragraphs, the provisions of such Article, Paragraph, or Subparagraph shall remain in effect and the supplemental provisions shall be considered as added thereto. Where any Article, Paragraph, or subparagraph in the General Conditions or Supplementary Conditions is amended, voided or superseded by any of the following paragraphs, the provisions of such Article, Paragraph or subparagraph not so amended, voided, or superseded shall remain in effect.

II.  MODIFICATIONS TO VARIOUS ARTICLES OF THE AIA CONDITIONS

ARTICLE 1: GENERAL PROVISIONS

1.1.1   In the third sentence delete the words "Unless specifically enumerated in the Agreement," and the word "not".

1.1.2   Delete the fourth and fifth sentences.

1.1.4   Delete the following words from subparagraph 1.1.4:

"and which may include construction by the Owner or by separate contractors".

1.2.1   Delete the second sentence.

1.2.3   Add the following at the end of subparagraph 1.2.3:

All Work mentioned or indicated in the Contract Documents shall be performed by the Contractor as part of this Contract unless it is specifically indicated in the Contract Documents that such Work is to be done by others. Should the Drawings or the Specifications disagree in themselves or with each other, the Contractor shall provide the better quality or greater quantity of Work unless otherwise directed by written addendum to the Contract.

1.2.4   Add the following to subparagraph 1.2.4:

> The Contractor and all Subcontractors shall refer to all of the Drawings, including those showing primarily the Work of the mechanical, electrical and other specialized trades, and to all of the Sections of the Specifications, and shall perform all Work reasonably inferable therefrom as being necessary to produce the indicated results except sections designated for filed sub-bids.

1.2.6-
1.2.13  Add new subparagraphs 1.2.6 through 1.2.13 as follows:

> 1.2.6   All indications or notations which apply to one of a number of similar situations, materials or processes shall be deemed to apply to all such situations, materials or processes wherever they appear in the Work, except where a contrary result is clearly indicated by the Contract Documents.
>
> 1.2.7   Where codes, standards, requirements and publications of public and private bodies are referred to in the Specifications, references shall be understood to be to the latest revision prior to the date of receiving bids, except where otherwise indicated.
>
> 1.2.8   Where no explicit quality or standards for materials or workmanship are established for Work, such Work is to be of good quality for the intended use and consistent with the quality of the surrounding Work and of the construction of the Project generally.
>
> 1.2.9   All manufactured articles, materials, and equipment shall be applied, installed, connected, erected, used, cleaned, and conditioned in accordance with the manufacturer's written or printed directions and instructions unless otherwise indicated in the Contract Documents.
>
> 1.2.10  The Mechanical, Electrical and Fire Protection Drawings are diagrammatic only, and are not intended to show the alignment, physical locations or configurations of such Work. Such Work shall be installed without additional cost to the Owner to clear all obstructions, permit proper clearances for the Work of other trades, and present an orderly appearance where exposed. Prior to beginning such Work, the Contractor shall prepare coordination drawings showing the exact alignment, physical location and configuration of the Mechanical, Electrical and Fire Protection installations and demonstrating to the Contractor's satisfaction that the installations will comply with the preceding sentence.
>
> 1.2.11  Exact locations of fixtures and outlets shall be obtained from the Architect as provided in subparagraph 3.2.5 before the Work is roughed in; Work installed without such information from the Architect shall be relocated at the Contractor's expense.

1.2.12 Test boring or soil test information included with the Contract Documents or otherwise made available to the Contractor was obtained by the Owner for use by the Architects in the design of the Project or Work. The Owner does not hold out such information to the Contractor as an accurate or approximate indication of subsurface conditions, and no claim for extra cost or extension of time resulting from a reliance by the Contractor on such information shall be allowed except as provided in subparagraph 4.3.6.

1.2.13 Where the Work is to fit with existing conditions or work to be performed by others, the Contractor shall fully and completely join the Work with such conditions or work, unless otherwise specified.

1.3.1   Delete subparagraph 1.3.1 in its entirety and insert the following:

All Drawings, Specifications and copies thereof furnished by the Owner are and shall remain the Owner's property. They are to be used only with respect to this Project and are not to be used on any other project without the prior written consent of the Owner. With the exception of one contract set for each party to the Contract, such documents are to be returned or suitably accounted for to the Owner at the completion of the Work. Submission or distribution to meet official regulatory requirements or for other purposes in connection with the Project is not to be construed as publication in derogation of any reserved rights.

ARTICLE 2: OWNER

2.1.2   Delete subparagraph 2.1.2 in its entirety.

2.2.5   In subparagraph 2.2.5 delete the word "such" and insert "[no. of contracts to be provided by Contractor]".

Add the following to the end of subparagraph 2.2.5:  ", all additional copies will be furnished upon request at the cost of reproduction."

2.3.1   Add the following to the end of subparagraph 2.3.1:

The Contractor shall resume the Work after such stoppage promptly upon written notice to do so from the Owner. If such stoppage is required through no fault of the Contractor, the Contract Time (and the dates for achieving Substantial Completion and Final Completion) shall be extended by a period equal to the period of the stoppage, and the Contractor shall be compensated for its reasonable and justifiable costs incurred as a result of such stoppage.

2.4.1   Delete the following words in subparagraph 2.4.1 beginning in line five:

3

"the Owner may after such seven-day period give the Contractor a second written notice...fails to commence and continue to correct any deficiencies,"

ARTICLE 3: CONTRACTOR

3.2.1   In the second sentence of subparagraph 3.2.1 delete the words "unless the Contractor recognized" and the words "and knowingly failed to report it to the Architect".

In the second sentence of subparagraph 3.2.1 insert the following after the words "Contracts Documents": "but shall be liable for damage to the extent he reasonably should have but failed to discover"

In the third sentence of subparagraph 3.2.1 delete the words "knowing it involves a recognized" and substitute the following: "involving such".

3.2.9   Add new paragraph as follows:

3.2.9   Any claim by the Contractor or Subcontractors that, in submitting their respective bid proposals, they did not include all items as shown in the Contract Documents, will be given no consideration for an adjustment of any kind. If any item is specified in a Section which would not normally furnish this items it shall be the responsibility of the Contractor to coordinate the situation with the Subcontractor, and if the item under consideration is not to be provided by the Subcontractor it shall be the responsibility of the Contractor to provide the work in question, without any additional cost to the Owner.

3.3.2   Add the following to the end of subparagraph 3.3.2:

"This obligation shall also extend to the presence on the Site of suppliers of materials or equipment, their employees, contractors, and agents engaged in the Work."

3.5.1   Add the following to the end of the first sentence of subparagraph 3.5.1:

"and, promptly after written notification of non-conformance, shall be repaired or replaced by the Contractor with Work conforming to such requirements."

Delete the third sentence.

3.5.3-
3.5.8   Add new subparagraphs 3.5.3 through 3.5.8 as follows:

3.5.3   The Contractor shall be responsible for determining that all materials furnished for the Work meet all requirements of the Contract Documents. The Architect may require the Contractor to produce reasonable evidence that a material meets such requirements, such as certified reports of past tests by qualified testing laboratories, reports of studies by qualified experts, or other evidence which, in the opinion of the

Architect, would lead to a reasonable certainty that any material used, or proposed to be used, in the Work meets the requirements of the Contract Documents. All such data shall be furnished at the Contractor's expense. This provision shall not require the Contractor to pay for periodic testing of different batches of the same material, unless such testing is specifically required by the Contract Documents to be performed at the Contractor's expense.

3.5.4   If the Contractor proposes to use a material which, while suitable for the intended use, deviates in any way from the detailed requirements of the Contract Documents, the Contractor shall inform the Architect in writing of the nature of such deviations at the time the material is submitted for approval.

3.5.5   In informing the Architect of deviations or substitutions, the Contractor shall provide, upon request, evidence leading to a reasonable certainty that the proposed substitution or deviation will provide a quality of result at least equal to that otherwise attainable. If, in the opinion of the Architect, the evidence presented by the Contractor does not provide a sufficient basis for such reasonable certainty, the Architect may reject such substitution or deviation without further investigation.

3.5.6   Any additional cost, or any loss or damage arising from the substitution of any material or any method for those originally specified shall be borne by the Contractor, notwithstanding approval or acceptance of such substitution by the Owner or the Architect, unless such substitution was made at the written request or direction of the Owner or the Architect.

3.5.7   The Contractor shall procure and deliver to the Architect, no later than the date claimed by the Contractor as the date of Substantial Completion, all special warranties required by the Contract Documents. Delivery by the Contractor shall constitute the Contractor's guarantee to the Owner that the warranty will be performed in accordance with its terms and conditions.

3.5.8   The Contractor shall guarantee all Work for a period of one year after Date of Substantial Completion, or by the terms of any special guarantee required by the Contract Documents. The Contractor shall, upon written notice from the Owner, promptly correct defective Work or Work not in accordance with the Contract Documents.

3.6.1   Add the following at the end of subparagraph 3.6.1:

The project is exempt from the Massachusetts Sales Tax to the extent permitted by G.L. c.64H, §6(f). The exemption number can be obtained from the Awarding Authority upon request by the successful bidder.

3.7.3   Delete the first sentence of subparagraph 3.7.3 and delete the word "However" from the second sentence.

3.7.4    In the first sentence of subparagraph 3.7.4 delete the word "knowing" and insert the following after the word "it":

"knows or should know".

3.9.2 -
3.9.3    Add new subparagraphs 3.9.2 and 3.9.3 as follows:

    3.9.2    The Contractor shall coordinate and supervise the Work performed by Subcontractors to the end that the Work is carried out without conflict between trades and so that no trade, at any time, causes delay to the general progress of the Work. The Contractor and all Subcontractors shall at all times afford each trade, any separate contractor, or the Owner, every reasonable opportunity for the installation of Work and the storage of materials.

    3.9.3    The Contractor shall arrange for and attend job meetings with the Architect and such other persons as the Architect may from time to time wish to have present. The Contractor shall be represented by a principal, project manager, general superintendent or other authorized main office representative, as well as by the Contractor's own superintendent. An authorized representative of any Subcontractor or Sub-subcontractor shall attend such meetings if the representative's presence is requested by the Architect. Such representatives shall be empowered to make binding commitments on all matters to be discussed at such meetings, including costs, payments, change orders, time schedules and manpower. Any notices required under the Contract may be served on such representatives.

3.12.7    Change subparagraph 3.12.7 to read as follows:

    3.12.7    By approving and submitting Shop Drawings, Product Data, Samples, and similar submittals the Contractor thereby represents that the Contractor has determined and verified all dimensions, quantities, field dimensions, relations to existing work, coordination with work to be installed later, coordination with information on previously accepted Shop Drawings, Product Data, Samples, or similar submittals and verification of compliance with all the requirements of the Contract Documents. The accuracy of all such information is the responsibility of the Contractor. In reviewing Shop Drawings, Product Data, Samples, and similar submittals the Architect shall be entitled to rely upon the Contractor's representation that such information is correct and accurate.

3.18.1    Delete the phrase "(other than the work itself)" in line 9. Insert the words "or wrongful" after the word "negligent" in line 11.

3.18.3    In subsection (2) of subparagraph 3.18.3 delete the words "the giving of or the failure to give" and substitute the word "written".

In subsection (2) of subparagraph 3.18.3 delete the words "such giving or failure to give is the primary" and substitute the words "they are the sole".

ARTICLE 4: ADMINISTRATION OF THE CONTRACT

4.1.2   In the first sentence of subparagraph 4.1.2 delete the word "Contractor".

4.2.11  Add the following to subparagraph 4.2.11:

   The parties agree that the Architect's duties under this subparagraph shall be governed by Chapter 30, Section 39P of the General Laws of the Commonwealth of Massachusetts as amended.

4.3.3   Delete subparagraph 4.3.3 in its entirety.

4.3.4   In the first sentence delete the words "including arbitration".

4.3.5   Delete subparagraph 4.3.5 in its entirety.

4.3.8.2 Delete subparagraph 4.3.8.2 in its entirety.

ARTICLE 5: SUBCONTRACTORS

5.2.1   Delete the last sentence of subparagraph 5.2.1.

5.2.2   Insert the following in both the first and second sentence after the words "made reasonable": "and legally permissible".

5.2.3   Delete sentence two and three of subparagraph 5.2.3.

5.3.1   Add at the end of subparagraph 5.3.1:

   The applicable provisions of Chapter 149, Section 44F of the General Laws of the Commonwealth of Massachusetts shall apply to filed sub-bid subcontractors.

5.4.2   Delete subparagraph 5.4.2 in its entirety.

ARTICLE 6: CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

6.1.1   In sentence one of subparagraph 6.1.1 delete the following: "including those portions related to insurance and waiver of subrogation".

6.1.4   Delete subparagraph 6.1.4 in its entirety.

6.2.5   Delete subparagraph 6.2.5 in its entirety.

7

ARTICLE 7: CHANGES IN THE WORK

7.2.2   Change the word "may" to "shall".

7.3.3   Delete subparagraph 7.3.3 in its entirety and add new subparagraph as follows:

   7.3.3   Upon request of the Owner or the Architect, the Contractor shall without cost to the Owner submit to the Architect, in such form as the Architect may require, an accurate written estimate of the cost of any proposed extra Work or change. The estimate shall indicate the quantity and unit cost of each item of materials, and the number of hours of work and hourly rate for each class of labor, as well as the description and amounts of all other costs chargeable under the terms of this Article. Unit labor costs for the installation of each item of materials shall be shown if required by the Architect. The Contractor shall promptly revise and resubmit each estimate if the Architect determines that it is not in compliance with the requirements of this Article, or that it contains errors of fact or mathematical errors. If required by the Architect, in order to establish the exact cost of new Work added or of previously required Work omitted, the Contractor shall obtain and furnish to the Architect bona fide proposals from recognized suppliers for furnishing any material included in such Work. Such estimates shall be furnished promptly so as to occasion no delay in the Work, and shall be furnished at the Contractor's expense. The Contractor shall state in the estimate any extension of time required for the completion of the Work if the change or extra work is ordered.

ARTICLE 8: TIME

8.3.1   In subparagraph 8.3.1, change "other causes beyond the Contractor's control" to read "other causes (except weather) beyond the Contractor's control". Delete the words "pending arbitration" in line seven.

   Add at the end: ", and this shall be the Contractor's sole remedy for such delay."

8.4   Add the following paragraph 8.4.

   8.4   LIQUIDATED DAMAGES

   8.4.1   It is expressly understood and agreed, by and between the Contractor and Owner, that the time for the completion of the work described herein is a reasonable time for the completion of same, taking into consideration the average climatic range and usual industrial and/or residential conditions prevailing in this locality. If the said Contractor shall neglect, fail or refuse to complete the work within the times herein specified, or any proper extension thereof granted by the Owner, then the Contractor does hereby agree, as a part consideration for the awarding of this Contract, to pay to the Owner $1,000.00 not as a penalty but as liquidated damages for such breach of contract, for each and every calendar day that the Contractor shall be in default after the time stipulated for

completing the work. The said amount is fixed and agreed upon by and between the Contractor and the Owner because of the impracticability and extreme difficulty of fixing and ascertaining the actual damages the Owner would in such event sustain, and said amount is agreed to be the amount of damages which the Owner should sustain and said amount shall be deducted by the Owner from periodic payments.

ARTICLE 9: PAYMENTS AND COMPLETION

9.7     Delete paragraph 9.7 in its entirety.

9.10.3  Delete the last sentence of subparagraph 9.10.3.

ARTICLE 10: PROTECTION OF PERSONS AND PROPERTY

10.2.5  In line ten of the first sentence of subparagraph 10.2.5 insert the word "solely" after the word "attributable".

10.2.8 -
10.2.11  Add new subparagraphs 10.2.8 through 10.2.11 as follows:

> 10.2.8 The Contractor shall provide and maintain in good operating condition suitable and adequate fire protection equipment and services, and shall comply with all reasonable recommendations regarding fire protection made by the representatives of the fire insurance company carrying insurance on the Work or by the local fire chief or fire marshal. The area within the site limits shall be kept orderly and clean, and all combustible rubbish shall be promptly removed from the site.

> 10.2.9. The Contractor shall at all times protect excavations, trenches, buildings and materials from rain water, groundwater, backup or leakage of sewers, drains and other piping, and from water of any other origin and shall remove promptly any accumulation of water. The Contractor shall provide and operate all pumps, piping and other equipment necessary to this end.

> 10.2.10. The Contractor shall remove snow and ice which might result in damage or delay.

> 10.2.11. During the progress of the Work and at all times prior to the date of Substantial Completion or occupancy of the Work by the Owner, whichever is earlier, the Contractor shall provide temporary heat, ventilation, and enclosure, adequate to permit the Work to proceed in a timely fashion, and to prevent damage to completed Work or Work in progress, or to materials stored on the premises. The permanent heating and ventilation systems may be used for these purposes when available unless otherwise provided in the Contract Documents.

ARTICLE 11: INSURANCE AND BONDS

11.3.5-
11.3.7 Delete subparagraphs 11.3.5 through 11.3.7 in their entirety.

11.3.8 Delete the first sentence of subparagraph 11.3.8.

11.3.9-
11.3.10 Delete subparagraphs 11.3.9 and 11.3.10 in their entirety and substitute the following:

> 11.3.9 The Owner shall have the power to adjust and settle with its insurers any loss for which it has obtained insurance pursuant to 11.2.1.
>
> Upon the occurrence of an insured loss, the Owner and the Contractor shall cooperate with each other and with each other's insurer in the submission of claims and related information and the distribution of any insurance proceeds. If after such a loss no other special agreement is made, replacement of damaged work shall be covered by an appropriate change order.

11.3.11 Delete subparagraph 11.3.11 in its entirety.

ARTICLE 12: UNCOVERING AND CORRECTION OF WORK

12.2.1 Add at the end of subparagraph 12.2.1:

"and any cost, loss, or damages to the Owner resulting from such failure or defect."

ARTICLE 13: MISCELLANEOUS PROVISIONS

13.5.4 Delete subparagraph 13.5.4 in its entirety and insert the new subparagraph as follows:

> 13.5.4 The Contractor shall obtain and deliver promptly to the Architect any occupancy permit and any certificates of final inspection of any part of the Contractor's work and operating permits for any mechanical apparatus, such as elevators, escalators, boilers, air compressors, etc., which may be required by law to permit full use and occupancy of the premises by the Owner. Receipt of such permits or certificates by the Architect shall be a condition precedent to Substantial Completion of the Work.

13.8    Add new Paragraph 13.8.

> 13.8    LIMITATION OF LIABILITY
>
> 13.8.1 The Owner shall be liable only to the extent of its interest in the Project; and no officer, director, partner, agent or employee of the Owner shall ever be personally or individually liable with respect to this Contract or the Work. Each Subcontract shall

include the foregoing limitation, which shall be effective if the Owner ever succeeds to the Contractor's rights and obligations under a Subcontract.

13.9   Add new Paragraph 13.9

    13.9         DEFENSE OF SUITS

    13.9.1 The General Contractor shall be responsible for, shall defend and pay all costs, attorneys' fees and liabilities both direct and indirect as a result of suits arising out of this Contract.

    13.9.2 Neither final acceptance nor occupation of the premises by the Owner shall relieve the Contractor of responsibility for all claims for labor, materials, and equipment arising out of this contract.

    13.9.3 The Contractor shall indemnify and hold harmless the Owner and the Architect and their agents and employees from and against all claims, damages, losses, and expenses including attorneys' fees arising out of or resulting from the performance of the work.

END OF SECTION

146561/BOXF/0001