UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | No. 04-10870-MLW |

### ASSENTED-TO MOTION TO STAY THE PARTIES' PRE-TRIAL OBLIGATIONS PENDING THE COURT'S SCHEDULED JANUARY 26, 2007 CONFERENCE

The defendant, J. Stewart Roberts Associates, Inc., with the assent of the plaintiff, Baybutt Construction Corporation, respectfully requests that this Court stay any pre-trial exhibit and/or witness disclosure and other obligations the parties may have pursuant to this Court's pre-trial scheduling order pending the pre-trial conference now scheduled by this Court for January 26, 2007.

J. Stewart Roberts Associates, Inc. makes this request - with the assent of Baybutt Construction Corporation - both because the continuation of the trial date and the recent rescheduling of the motion for summary judgment hearing date has impacted the scheduling for the case and so that the Court and the parties may establish pre-trial disclosure and other dates that comport with the Court's and the parties' schedules. Additionally, particularly given the recent rescheduling, J. Stewart Roberts Associates, Inc. also respectfully requests this relief to accommodate counsel's pre-existing commitments that have been impacted by the scheduling changes.

**WHEREFORE**, J. Stewart Roberts Associates, Inc. - with the assent of Baybutt Construction Corporation - respectfully requests that this Court stay all pre-trial

disclosure and other obligations imposed by the Court on the parties until the pre-trial schedule can be addressed by the parties at the conference scheduled by the Court on January 26, 2007.

    Respectfully submitted,

    J. STEWART ROBERTS ASSOCIATES, INC.
    By its attorneys,

    */S/ Christian G. Samito*
    David J. Hatem, BBO #225700
    Jeffrey L. Alitz, BBO #553741
    Christian G. Samito, BBO #639825
    DONOVAN HATEM LLP
    Two Seaport Lane, 8th Floor
    Boston, MA 02210
    617-406-4500

    ASSENTED TO:

    BAYBUTT CONSTRUCTION CORPORATION,
    By its attorneys,

    */S/ Frank P. Spinella, Jr.*
    Frank P. Spinella, Jr., BBO #
    HALL, MORSE, ANDERSON,
    MILLER & SPINELLA, PC.
    14 Centre Street
    Post Office Box 2289
    Concord, NH 03302-2289
    603-225-6655

January 23, 2007

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 23rd day of January, 2007, I served the foregoing electronically and by first class mail, postage prepaid, to:

Frank P. Spinella, Jr., Esquire
HALL, MORSE, ANDERSON,
MILLER & SPINELLA, PC.
14 Centre Street
Post Office Box 2289
Concord, NH 03302-2289

                                                                           /S/ Christian G. Samito
                                                                           Christian G. Samito

01063462.DOC