UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO. 1:04-CV-10870-LTS

_____
                                   )
BAYBUTT CONSTRUCTION CORPORATION,  )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
J. STEWART ROBERTS ASSOCIATES, INC.,)
            Defendant.             )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Christopher J. DeCosta on behalf of the Defendant J. Stewart Roberts Associates, Inc. I am no longer associated with the firm of Donovan & Hatem LLP. Upon information and belief, the appearance of Donovan & Hatem LLP shall remain on file.

Respectfully submitted,

J. STEWART ROBERTS ASSOCIATES, INC.

By its attorneys,

_____/s/ Christopher J. DeCosta_____
Christopher J. DeCosta, Esq. – BBO #657527
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA  02116
Tel. 617-227-5660

Dated: February 5, 2007

2

## **CERTIFICATE OF SERVICE**

I, Christopher J. DeCosta, hereby certify that on this 5th day of February 2007, served a copy of the foregoing, by electronically mailed to the following:

Frank P. Spinella, Jr., Esq.
Hall, Morse, Anderson, Miller
   & Spinella, P.C.
14 Centre Street
P.O. Box 2289
Concord, NH  03301

David J. Hatem, Esq.
Jeffrey L. Alitz, Esq.
Melanie Olson, Esq.
Christian G. Samito, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA  02210

                                        /s/ Christopher J. DeCosta
                                        Christopher J. DeCosta, Esq.