UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br>    Plaintiff<br><br>v.<br><br>J. STEWART ROBERTS ASSOCIATES, INC.<br>    Defendant | No. 04-10870-MLW |

## JOINT MOTION TO RESCHEDULE MEDIATION

The plaintiff, Baybutt Construction Corporation and the defendant, J. Stewart Roberts Associates, Inc., respectfully request that this Court reschedule the mediation of this matter - before Magistrate Judge Marianne Bowler - from the previously scheduled April 2, 2007 date to March 16, 2007 at 10:00 a.m. The parties make this request given that the currently scheduled mediation date (April 2) occurs on the same date as the currently scheduled pre-trial conference and is only seven (7) days before the April 9, 2007 trial date. As a consequence, the parties jointly suggest that an earlier mediation date will not conflict with the pre-trial conference, will cause the parties to focus on mediation more so than their trial preparation and, as a consequence, is in the interest of both the parties and the Court. The parties also request that given the short notice between the date of the filing of this motion to reschedule and the proposed new mediation date, leave be afforded the parties to submit their confidential mediation statements to Judge Bowler by no later than the morning of March 15, 2007.

**WHEREFORE**, the plaintiff and defendant respectfully request that this Court reschedule the mediation from April 2, 2007 to March 16, 2007 at 10:00 a.m. and grant the parties leave to submit their confidential mediation statements by no later than the morning of March 15, 2007.

                Respectfully submitted,

                J. STEWART ROBERTS ASSOCIATES, INC.
                By its attorneys,


                */S/ Christian G. Samito*
                David J. Hatem, BBO #225700
                Jeffrey L. Alitz, BBO #553741
                Christian G. Samito, BBO #639825
                DONOVAN HATEM LLP
                Two Seaport Lane, 8th Floor
                Boston, MA 02210
                617-406-4500


                ASSENTED TO:

                BAYBUTT CONSTRUCTION CORPORATION,
                By its attorneys,


                */S/ Frank P. Spinella, Jr.*
                Frank P. Spinella, Jr., BBO #
                HALL, MORSE, ANDERSON, MILLER & SPINELLA, PC.
                14 Centre Street
                Post Office Box 2289
                Concord, NH 03302-2289
                603-225-6655

March 13, 2007

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 13th day of March, 2007, I served the foregoing electronically and by first class mail, postage prepaid, to:

Frank P. Spinella, Jr., Esquire
HALL, MORSE, ANDERSON, MILLER & SPINELLA, PC.
14 Centre Street
Post Office Box 2289
Concord, NH 03302-2289

/S/ Christian G. Samito
Christian G. Samito

01075489.DOC