**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__Baybutt Construction Corp.__
      Plaintiff(s)

V.                                        CIVIL ACTION NO. 04-10870-LTS

__Stewart Roberts Associates, Inc.__
      Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     SOROKIN

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On     3/16/2007     I held the following ADR proceeding:

    _____   SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___   MEDIATION                           _____ SUMMARY BENCH / JURY TRIAL
    _____   MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]

The parties were / were not present in person or by authorized corporate officor [except _____ ].

The case was:

[x]   Settled. Your clerk should enter a  60  day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

3/16/2007                                           /s/ Marianne B. Bowler, USMJ
DATE                                                ADR Provider

(ADR Report (Baybutt).wpd - 4/12/2000)                                  [adrrpt.]